ADAM PAUL LAXALT
Nevada Attorney General
ANDREA R. BARRACLOUGH
Chief Deputy Attorney General
Nevada Bar No. 9158
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Telephone:  (775) 684-1260
Email:  abarraclough@ag.nv.gov

*Attorneys for Defendants*
*James "Greg" Cox, Timothy Filson,*
*Dwight Neven, and Ronald Oliver*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR PEREZ, as Special Administrator of the Estate of CARLOS PEREZ, deceased; VICTOR PEREZ, as the Guardian Ad Litem for SOPHIA ELISE PEREZ, a minor; VICTOR PEREZ, as The Guardian Ad Litem for ALEXANDER IZRYAL PEREZ, a minor; and MYRA PEREZ, individually. | Case No. |
| Plaintiff, | **PETITION FOR REMOVAL** |
| v. | |
| STATE OF NEVADA; JAMES GREG COX, DWIGHT NEVEN, TIMOTHY FILSON, COT RAMOS, LIUETENANT OLIVER, CORECTIONS OFFICER CASTRO, CORRECTIONS OFFICER SMITH, ET AL. | |
| Defendants. | |

Defendants James "Greg" Cox, Timothy Filson, Dwight Neven, and Ronald Oliver,[1] by

---

[1] Plaintiff lists several John Doe defendants in his Complaint whose identities are unknown. Accordingly, the Attorney General's Office does not represent any of the John Doe defendants at this time.  While this renders potential John Doe defendants non-consenting parties to the instant removal action, removal under these particular facts is proper due to the lack of prejudice to unknown persons who will simply be brought into the federal suit when identified. *See* 28 U.S.C. § 1446(a); *Salveson v. Western States Bankcard Ass'n,* 731 F.2d 1423, 1429 (9th Cir. 1984), *overruled on other grounds by Ethridge v. Harbor House Restaurant*, 861 F.2d 1389 (9th Cir. 1988).  Similarly, the Attorney General's Office does not represent at this time John-Reynaldo Ramos, Jeff Castro or Isaiah Smith, each of whom no longer work for the Nevada Department of Corrections.  At this time, it is unknown whether all of those persons were served or are consenting parties, but removal is nonetheless nonprejudicial to them as they still have time to make appearances assuming they are served.

and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Andrea R. Barraclough, Chief Deputy Attorney General, hereby notice removal of this action to the United States District Court, and in support thereof state:

1. The Defendants above are named as Defendants in an action commenced in the Eighth Judicial District Court of the State of Nevada in Las Vegas. The state matter was assigned Case No. A-15-716601-C and is now pending in that court.

2. Service of the summonses and Complaints in the state case upon the Nevada Department of Corrections occurred on July 15, 2015. Though there is no proof of individual service upon each of the named Defendants as required by Nevada Rule of Civil Procedure 4(d)(6), defense counsel acknowledges that service would have been acceptable under the federal court's cooperative agreement with the Nevada Department of Corrections regarding service. Since the Defendants were going to seek to remove the case to federal court in any event, such that service would have had to eventually comply with federal and not state rules anyway, judicial efficiency is best served by agreeing to allow service to stand as of July 15, 2015.[2]

3. The Complaint alleges: 1) a violation of 42 U.S.C. §1983 for excessive force and medical deliberate indifference; 2) wrongful death per NRS 42.085; 3) Negligent Training/Retention/Supervision; and 4) Intentional Infliction of Emotional Distress.

4. This Court has original jurisdiction over the subject matter of the action under the provisions of 28 U.S.C. § 1331 in that the action raises federal questions under 42 U.S.C. §1983 and the United States Constitution. Defendants are entitled to remove the action to the United States District Court, District of Nevada, pursuant to 28 U.S.C. §§ 1441 and 1443. Additionally, this honorable Court would have jurisdiction over any properly alleged pendent state law claims pursuant to 28 U.S.C. § 1441(c); 28 U.S.C. § 1443; and 28 U.S.C. § 1367.

5. A copy of the Nevada Department of Corrections Service of Process Form is attached as Exhibit A. A copy of the Summons is attached as Exhibit B. The Complaint is

---

[2] Should removal not occur or should the case be remanded to state court, this acceptance of service does not waive any state defenses regarding improper service.

attached as Exhibit C. These constitute all of the papers and pleadings served on Defendants.

    Thus, Defendants remove the action assigned case no. A-15-716601-C now pending in the Eighth Judicial District Court of the State of Nevada in and for Las Vegas to this honorable Court.

    DATED this 14th day of August, 2015.

                      ADAM PAUL LAXALT
                      Attorney General

                      By: /s/ Andrea Barraclough
                      ANDREA R. BARRACLOUGH
                      Deputy Attorney General
                      Bureau of Litigation
                      Public Safety Division

                      *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on August 14, 2015, I caused to be deposited for mailing, a true and correct copy of the foregoing, **PETITION FOR REMOVAL**, to the following:

Cal Potter, III
C.J. Potter
Potter Law Offices
1125 Shadow Lane
Las Vegas, NV 89102

*Attorney for the Plaintiff*

_____
An employee of the
Office of the Attorney General