# EXHIBIT A

EXHIBIT A

# State of Nevada Department of Corrections
## Human Resources
## Civil Litigation Coordination Form 1

**"NOTICE TO ATTORNEY GENERAL REGARDING SERVICE OF PROCESS"**

OFFICE OF THE ATTORNEY GENERAL
CARSON CITY, NEVADA

JUL 16 2015

BUREAU OF LITIGATION
PUBLIC SAFETY DIVISION

**INSTRUCTIONS:**
Complete the information required by this form and transmit promptly, with a copy of the Summons and Complaint, to the Office of the Attorney General, Litigation Division. The Department's activities related to receiving service of process are governed by the Administrative Regulation 357.

1. **General Information**

   CASE NAME AND #: Perez v. State of NV et al   A-15-716601-C

   RECEIVED BY: Nancy Sanders AAIE
   (Name and Title)

   DATE OF SERVICE: 7-15-15    DATE SENT TO AG'S: 7-16-15

   WHERE RECEIVED 5500 Snyder Ave Bld #17 Carson City, NV

   DOCUMENTS ENCLOSED: ✓ SUMMONS   ✓ COMPLAINT   ___ OTHER _____

2. **SERVICE ACCEPTED FOR:**

   Service of process was accepted for the following named defendants who are currently employed in the public service at the Department of Corrections as defined by NRS 284.015, or are immune contractors currently providing medical services to the Department as defined by NRS 41.0307. Each of these defendants has been provided with a copy of the Summons and Complaint, a form for requesting representation, and instructions on applicable deadlines.

   | NAME | TITLE | DUTY STATION |
   |---|---|---|
   | State of NV | | |
   | Greg Cox | Director | |
   | Dwight Neven | Warden | HDSP |
   | Timothy Filson | A.W. | HDSP |
   | Ronald Oliver | Lt. | HDSP |

3. **SERVICE NOT ACCEPTED FOR:**

   Service was attempted, but not accepted for the following defendants who are no longer employees, have never been employees, or are not identifiable.

   | NAME | FORMER TITLE | FORMER DUTY STATION |
   |---|---|---|
   | Isaiah Smith | C/O | HDSP |
   | Jeff Castro | C/O | HDSP |
   | John Raynaldo Ramos | CDT | HDSP |

DOC-1032
10/11