# EXHIBIT B

# EXHIBIT B

1 | CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
2 | C. J. POTTER, IV, ESQ.
Nevada Bar No. 1988
3 | POTTER LAW OFFICES
1125 Shadow Lane
4 | Las Vegas, Nevada 89102
Tel: (702) 385-1954
5 | Fax: (702) 385-9081
*Attorneys for Plaintiffs*
6

**Received**

**JUL 1 5 2015**

**Personnel**.

7 | **DISTRICT COURT**

8 | **CLARK COUNTY, NEVADA**

9 | VICTOR PEREZ, as Special Administrator
of the Estate of CARLOS PEREZ, deceased;
10 | VICTOR PEREZ, as the Guardian Ad Litem
for SOPHIA ELISE PEREZ, a minor;
11 | VICTOR PEREZ, as the Guardian Ad Litem
for ALEXANDER IZRYAL PEREZ, a minor;
12 | and MYRA PEREZ, individually.                    Case No.:      A-15-716601-C

13 |         Plaintiff,                               Dept. No.:     XXIX

14 | vs.
                                                     **SUMMONS**
15 | STATE OF NEVADA; DIRECTOR GREG
COX, individually; WARDEN DWIGHT
16 | NEVEN, individually; ASSISTANT
WARDEN TIMOTHY FILSON, individually;
17 | COT. RAMOS, individually; LIEUTENANT
OLIVER, individually; CORRECTIONS
18 | OFFICER CASTRO, individually;
CORRECTIONS OFFICER SMITH,
19 | individually; and DOES I-X, inclusive; and
ROES I-X, inclusive,
20
21 |         Defendants.

22 | **NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU**
**WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ**
23 | **THE INFORMATION BELOW.**

24 | **TO THE DEFENDANT:** A civil Complaint has been filed by the Plaintiff(s) against you for the

25 | relief set forth in the Complaint.

26 | ***DIRECTOR GREG COX***

27 | 1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you

28 | exclusive of the day of service, you must do the following:

1        a. File with the Clerk of this Court, whose address is shown below, a formal

2    written response to the Complaint in accordance with the rules of the Court.

3        b. Serve a copy of your response upon the attorney whose name and address is

4    shown below.

5        2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and

6    this Court may enter a judgment against you for the relief demanded in the Complaint, which

7    could result in the taking of money or property or other relief requested in the Complaint.

8        3. If you intend to seek the advice of an attorney in this matter, you should do so promptly

9    so that your response may be filed on time.

10   Issued at the direction of:
     POTTER LAW OFFICES                          CLERK OF THE COURT

11                                               JUL 0 1 2015
                                                 By:       TERRI STRINGHAM
12   CAL J. POTTER, III, ESQ.                    DEPUTY CLERK
     Nevada Bar No. 1988                         Clark County Regional Justice Center
13   C. J. POTTER, IV, ESQ.                      200 Lewis Avenue
     Nevada Bar No. 13225                        Las Vegas, NV 89155
14   Las Vegas, NV 89102
     (702) 385-1954
15   *Attorneys for Plaintiff*

16
     **NOTE:** When service is by publication, add a brief statement of the object of the action.  See
17   Rules of Civil Procedure, Rule 4(b).

18

19

20

21

22

23

24

25

26

27

28

2

1      **AFFIDAVIT OF SERVICE**

2    STATE OF _____        )
                                    ) ss:
3    COUNTY OF _____       )

4              _____, being duly sworn says: That at all times herein affiant was

5    and is a citizen of the United States, over 18 years of age, not party to nor interested in the

6    proceeding in which this affidavit is made. That affiant received _____ copy(ies) of the Summons

7    and Complaint, _____

8    on the _____ day of _____, 20___, and served the same on the _____ day of _____,

9    20___ by:

10              **(affiant must complete the appropriate paragraph)**

11

12   1.    delivering and leaving a copy with the defendant _____

13         at (state address) _____.

14

15   2.    serving the defendant _____ by personally

16         delivering and leaving a copy with _____, a

17         person of suitable age and discretion residing at the defendant's usual place of abode

18         located at (state address) _____.

19

20   3.    serving the defendant _____ by personally

21         delivering and leaving a copy at (state address) _____.

22         a.    with _____ as

23                _____, an agent lawfully designated by statute to

24                accept service of process.

25         b.    with _____, pursuant to NRS

26                14.020 as a person of suitable age and discretion at the above address, which

27                address is the address of the resident agent as shown on the current certificate of

28                designation filed with the Secretary of State.

3

4.     personally depositing a copy in a mail box of the United States Post Office, enclosed in a
sealed envelope postage prepaid (check appropriate method):

            ____ ordinary

            ____ certified mail, return receipt requested

            ____ registered mail, return requested

addressed to the defendant _____ at the defendant's
last known address which is (state address) _____.

I declare under penalty of perjury under the law of the State of Nevada that the foregoing
is true and correct.

       EXECUTED this ____ day of _____, 20__.

                                     _____
                                     Signature of Person Making Service

SUBSCRIBED and SWORN to before

me this ____ day of _____, 20__.

_____
NOTARY PUBLIC
In and for said County and State.

4

Received

JUL 15 2015

Personnel.

1 | CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
2 | C. J. POTTER, IV, ESQ.
Nevada Bar No. 1988
3 | POTTER LAW OFFICES
1125 Shadow Lane
4 | Las Vegas, Nevada 89102
Tel: (702) 385-1954
5 | Fax: (702) 385-9081
*Attorneys for Plaintiffs*
6

7 | **DISTRICT COURT**

8 | **CLARK COUNTY, NEVADA**

9 | VICTOR PEREZ, as Special Administrator
10 | of the Estate of CARLOS PEREZ, deceased;
VICTOR PEREZ, as the Guardian Ad Litem
11 | for SOPHIA ELISE PEREZ, a minor;
VICTOR PEREZ, as the Guardian Ad Litem
12 | for ALEXANDER IZRYAL PEREZ, a minor;
and MYRA PEREZ, individually.            Case No.:    A-15-716601-C

13 |        Plaintiff,                        Dept. No.:   XXIX

14 | vs.
                                            **SUMMONS**
15 | STATE OF NEVADA; DIRECTOR GREG
16 | COX, individually; WARDEN DWIGHT
NEVEN, individually; ASSISTANT
17 | WARDEN TIMOTHY FILSON, individually;
COT. RAMOS, individually; LIEUTENANT
18 | OLIVER, individually; CORRECTIONS
OFFICER CASTRO, individually;
19 | CORRECTIONS OFFICER SMITH,
individually; and DOES I-X, inclusive; and
20 | ROES I-X, inclusive,

21 |        Defendants.

22 | **NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU
WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ**
23 | **THE INFORMATION BELOW.**

24 | **TO THE DEFENDANT:** A civil Complaint has been filed by the Plaintiff(s) against you for the
25 | relief set forth in the Complaint.

26 | *WARDEN DWIGHT NEVEN*

27 |     1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you
28 | exclusive of the day of service, you must do the following:

1            a. File with the Clerk of this Court, whose address is shown below, a formal

2      written response to the Complaint in accordance with the rules of the Court.

3            b. Serve a copy of your response upon the attorney whose name and address is

4      shown below.

5      2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and

6  this Court may enter a judgment against you for the relief demanded in the Complaint, which

7  could result in the taking of money or property or other relief requested in the Complaint.

8      3. If you intend to seek the advice of an attorney in this matter, you should do so promptly

9  so that your response may be filed on time.

10  Issued at the direction of:
    POTTER LAW OFFICES                          CLERK OF THE COURT

11                                              TERRI STRINGER
                                                By:
12  CAL J. POTTER, III, ESQ.                    DEPUTY CLERK
    Nevada Bar No. 1988                         Clark County Regional Justice Center
13  C. J. POTTER, IV, ESQ.                      200 Lewis Avenue
    Nevada Bar No. 13225                        Las Vegas, NV 89155
14  Las Vegas, NV 89102
    (702) 385-1954
15  *Attorneys for Plaintiff*

16
    **NOTE:** When service is by publication, add a brief statement of the object of the action. See
17  Rules of Civil Procedure, Rule 4(b).

18

19

20

21

22

23

24

25

26

27

28

2

1 **AFFIDAVIT OF SERVICE**

2 STATE OF _____ )
                                                 } ss:
3 COUNTY OF _____ )

4 _____, being duly sworn says: That at all times herein affiant was

5 and is a citizen of the United States, over 18 years of age, not party to nor interested in the

6 proceeding in which this affidavit is made. That affiant received ____ copy(ies) of the Summons

7 and Complaint, _____

8 on the ____ day of _____, 20__, and served the same on the ____ day of _____,

9 20__ by:

10                        **(affiant must complete the appropriate paragraph)**

11

12 1.       delivering and leaving a copy with the defendant _____

13          at (state address) _____.

14

15 2.       serving the defendant _____ by personally

16          delivering and leaving a copy with _____, a

17          person of suitable age and discretion residing at the defendant's usual place of abode

18          located at (state address) _____.

19

20 3.       serving the defendant _____ by personally

21          delivering and leaving a copy at (state address) _____.

22          a.       with _____ as

23                   _____, an agent lawfully designated by statute to

24                   accept service of process.

25          b.       with _____, pursuant to NRS

26                   14.020 as a person of suitable age and discretion at the above address, which

27                   address is the address of the resident agent as shown on the current certificate of

28                   designation filed with the Secretary of State.

3

4.   personally depositing a copy in a mail box of the United States Post Office, enclosed in a sealed envelope postage prepaid (check appropriate method):

        \_\_\_\_ ordinary

        \_\_\_\_ certified mail, return receipt requested

        \_\_\_\_ registered mail, return requested

addressed to the defendant _____ at the defendant's last known address which is (state address) _____.

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

EXECUTED this \_\_\_\_ day of _____, 20\_\_.

_____
Signature of Person Making Service

SUBSCRIBED and SWORN to before

me this \_\_\_\_ day of _____, 20\_\_.

_____
NOTARY PUBLIC
In and for said County and State.

4

Received

JUL 1 5 2015

Personnel

1  CAL J. POTTER, III, ESQ.
   Nevada Bar No. 1988
2  C. J. POTTER, IV, ESQ.
   Nevada Bar No. 1988
3  POTTER LAW OFFICES
   1125 Shadow Lane
4  Las Vegas, Nevada 89102
   Tel: (702) 385-1954
5  Fax: (702) 385-9081
   *Attorneys for Plaintiffs*

6

7                    **DISTRICT COURT**

8               **CLARK COUNTY, NEVADA**

9   VICTOR PEREZ, as Special Administrator
    of the Estate of CARLOS PEREZ, deceased;
10  VICTOR PEREZ, as the Guardian Ad Litem
    for SOPHIA ELISE PEREZ, a minor;
11  VICTOR PEREZ, as the Guardian Ad Litem
    for ALEXANDER IZRYAL PEREZ, a minor;
12  and MYRA PEREZ, individually.          Case No.:   A-15-716601-C

13      Plaintiff,                         Dept. No.:  XXIX

14  vs.

15  STATE OF NEVADA; DIRECTOR GREG         **SUMMONS**
    COX, individually; WARDEN DWIGHT
16  NEVEN, individually; ASSISTANT
    WARDEN TIMOTHY FILSON, individually;
17  COT. RAMOS, individually; LIEUTENANT
    OLIVER, individually; CORRECTIONS
18  OFFICER CASTRO, individually;
    CORRECTIONS OFFICER SMITH,
19  individually; and DOES I-X, inclusive; and
    ROES I-X, inclusive,
20
        Defendants.
21

22  **NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU
23  WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ
    THE INFORMATION BELOW.**

24  TO THE DEFENDANT: A civil Complaint has been filed by the Plaintiff(s) against you for the

25  relief set forth in the Complaint.            *Ronald*

26                              *LIEUTENANT OLIVER*

27     1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you

28  exclusive of the day of service, you must do the following:

1      a.  File with the Clerk of this Court, whose address is shown below, a formal

2     written response to the Complaint in accordance with the rules of the Court.

3      b.  Serve a copy of your response upon the attorney whose name and address is

4     shown below.

5     2.  Unless you respond, your default will be entered upon application of the Plaintiff(s) and

6  this Court may enter a judgment against you for the relief demanded in the Complaint, which

7  could result in the taking of money or property or other relief requested in the Complaint.

8     3.  If you intend to seek the advice of an attorney in this matter, you should do so promptly

9  so that your response may be filed on time.

10  Issued at the direction of:
     POTTER LAW OFFICES

CLERK OF THE COURT

11

By: TERRI STRINGER

12  CAL J. POTTER, III, ESQ.
     Nevada Bar No. 1988
13  C. J. POTTER, IV, ESQ.
     Nevada Bar No. 13225
14  Las Vegas, NV 89102
     (702) 385-1954
15  *Attorneys for Plaintiff*

**DEPUTY CLERK**
Clark County Regional Justice Center
200 Lewis Avenue
Las Vegas, NV 89155

Date JUL 0 1 2015

16

**NOTE:** When service is by publication, add a brief statement of the object of the action. See
17  Rules of Civil Procedure, Rule 4(b).

2

1

## AFFIDAVIT OF SERVICE

2  STATE OF _____ }

3  COUNTY OF _____ } ss:

4  _____, being duly sworn says: That at all times herein affiant was

5  and is a citizen of the United States, over 18 years of age, not party to nor interested in the

6  proceeding in which this affidavit is made. That affiant received ____ copy(ies) of the Summons

7  and Complaint, _____

8  on the ____ day of _____, 20__, and served the same on the ____ day of _____,

9  20__ by:

10  **(affiant must complete the appropriate paragraph)**

11

12  1.  delivering and leaving a copy with the defendant _____

13  at (state address) _____.

14

15  2.  serving the defendant _____ by personally

16  delivering and leaving a copy with _____, a

17  person of suitable age and discretion residing at the defendant's usual place of abode

18  located at (state address) _____.

19

20  3.  serving the defendant _____ by personally

21  delivering and leaving a copy at (state address) _____.

22  a.  with _____ as

23  _____, an agent lawfully designated by statute to

24  accept service of process.

25  b.  with _____, pursuant to NRS

26  14.020 as a person of suitable age and discretion at the above address, which

27  address is the address of the resident agent as shown on the current certificate of

28  designation filed with the Secretary of State.

3

1   4.      personally depositing a copy in a mail box of the United States Post Office, enclosed in a

2          sealed envelope postage prepaid (check appropriate method):

3                          _____ ordinary

4                          _____ certified mail, return receipt requested

5                          _____ registered mail, return requested

6          addressed to the defendant _____ at the defendant's

7          last known address which is (state address) _____.

8          I declare under penalty of perjury under the law of the State of Nevada that the foregoing

9   is true and correct.

10         EXECUTED this _____ day of _____, 20___.

11

12                                              _____
                                                Signature of Person Making Service
13
    SUBSCRIBED and SWORN to before
14
    me this _____ day of _____, 20___.
15

16  _____
    NOTARY PUBLIC
17  In and for said County and State.

18

19

20

21

22

23

24

25

26

27

28

                                            4

Received

JUL 1 5 2015

Personnel,

1 | CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
2 | C. J. POTTER, IV, ESQ.
Nevada Bar No. 1988
3 | POTTER LAW OFFICES
1125 Shadow Lane
4 | Las Vegas, Nevada 89102
Tel: (702) 385-1954
5 | Fax: (702) 385-9081
*Attorneys for Plaintiffs*
6

7 | **DISTRICT COURT**

8 | **CLARK COUNTY, NEVADA**

9 | VICTOR PEREZ, as Special Administrator
of the Estate of CARLOS PEREZ, deceased;
10 | VICTOR PEREZ, as the Guardian Ad Litem
for SOPHIA ELISE PEREZ, a minor;
11 | VICTOR PEREZ, as the Guardian Ad Litem
for ALEXANDER IZRYAL PEREZ, a minor;
12 | and MYRA PEREZ, individually.     Case No.:   A-15-716601-C

13 |         Plaintiff,               Dept. No.:  XXIX

14 | vs.
                                     **SUMMONS**
15 | STATE OF NEVADA; DIRECTOR GREG
COX, individually; WARDEN DWIGHT
16 | NEVEN, individually; ASSISTANT
WARDEN TIMOTHY FILSON, individually;
17 | COT. RAMOS, individually; LIEUTENANT
OLIVER, individually; CORRECTIONS
18 | OFFICER CASTRO, individually;
CORRECTIONS OFFICER SMITH,
19 | individually; and DOES I-X, inclusive; and
ROES I-X, inclusive,
20 |
         Defendants.
21 |

22 | **NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU**
23 | **WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ**
**THE INFORMATION BELOW.**

24 | **TO THE DEFENDANT:** A civil Complaint has been filed by the Plaintiff(s) against you for the
25 | relief set forth in the Complaint.

26 | *ASSISTANT WARDEN TIMOTHY FILSON*

27 | 1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you
28 | exclusive of the day of service, you must do the following:

1     a. File with the Clerk of this Court, whose address is shown below, a formal

2   written response to the Complaint in accordance with the rules of the Court.

3     b. Serve a copy of your response upon the attorney whose name and address is

4   shown below.

5   2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and

6   this Court may enter a judgment against you for the relief demanded in the Complaint, which

7   could result in the taking of money or property or other relief requested in the Complaint.

8   3. If you intend to seek the advice of an attorney in this matter, you should do so promptly

9   so that your response may be filed on time.

10  Issued at the direction of:                          CLERK OF THE COURT
    POTTER LAW OFFICES

11                                                       By:                              JUL 0 1 2015
                                                         TERRI

12  CAL J. POTTER, III, ESQ.                             **DEPUTY CLERK**              Date
    Nevada Bar No. 1988                                  Clark County Regional Justice Center

13  C. J. POTTER, IV, ESQ.                               200 Lewis Avenue
    Nevada Bar No. 13225                                 Las Vegas, NV 89155

14  Las Vegas, NV 89102
    (702) 385-1954

15  *Attorneys for Plaintiff*

16
    **NOTE:** When service is by publication, add a brief statement of the object of the action. See

17  Rules of Civil Procedure, Rule 4(b).

18

19

20

21

22

23

24

25

26

27

28

2

1                         **AFFIDAVIT OF SERVICE**

2   STATE OF _____     }

3   COUNTY OF _____    } ss:

4           _____, being duly sworn says: That at all times herein affiant was

5   and is a citizen of the United States, over 18 years of age, not party to nor interested in the

6   proceeding in which this affidavit is made. That affiant received \_\_\_\_ copy(ies) of the Summons

7   and Complaint, _____

8   on the \_\_\_\_ day of _____, 20\_\_, and served the same on the \_\_\_\_ day of _____,

9   20\_\_ by:

10                     **(affiant must complete the appropriate paragraph)**

11

12  1.     delivering and leaving a copy with the defendant _____

13        at (state address) _____.

14

15  2.     serving the defendant _____ by personally

16        delivering and leaving a copy with _____, a

17        person of suitable age and discretion residing at the defendant's usual place of abode

18        located at (state address) _____.

19

20  3.     serving the defendant _____ by personally

21        delivering and leaving a copy at (state address) _____.

22        a.     with _____ as

23            _____, an agent lawfully designated by statute to

24            accept service of process.

25        b.     with _____, pursuant to NRS

26            14.020 as a person of suitable age and discretion at the above address, which

27            address is the address of the resident agent as shown on the current certificate of

28            designation filed with the Secretary of State.

4.     personally depositing a copy in a mail box of the United States Post Office, enclosed in a

sealed envelope postage prepaid (check appropriate method):

_____ ordinary

_____ certified mail, return receipt requested

_____ registered mail, return requested

addressed to the defendant _____ at the defendant's

last known address which is (state address) _____.

I declare under penalty of perjury under the law of the State of Nevada that the foregoing

is true and correct.

EXECUTED this _____ day of _____, 20___.

_____
Signature of Person Making Service

SUBSCRIBED and SWORN to before

me this _____ day of _____, 20___.

_____
NOTARY PUBLIC
In and for said County and State.

4

1  CAL J. POTTER, III, ESQ.
   Nevada Bar No. 1988
2  C. J. POTTER, IV, ESQ.
   Nevada Bar No. 1988
3  POTTER LAW OFFICES
   1125 Shadow Lane
4  Las Vegas, Nevada 89102
   Tel: (702) 385-1954
5  Fax: (702) 385-9081
   *Attorneys for Plaintiffs*
6

7                        **DISTRICT COURT**

8                   **CLARK COUNTY, NEVADA**

9   VICTOR PEREZ, as Special Administrator
    of the Estate of CARLOS PEREZ, deceased;
10  VICTOR PEREZ, as the Guardian Ad Litem
    for SOPHIA ELISE PEREZ, a minor;
11  VICTOR PEREZ, as the Guardian Ad Litem
    for ALEXANDER IZRYAL PEREZ, a minor;
12  and MYRA PEREZ, individually.              Case No.:    A-15-716601-C

13          Plaintiff,                         Dept. No.:   XXIX

14  vs.
                                               **SUMMONS**
15  STATE OF NEVADA; DIRECTOR GREG
    COX, individually; WARDEN DWIGHT
16  NEVEN, individually; ASSISTANT
    WARDEN TIMOTHY FILSON, individually;
17  COT. RAMOS, individually; LIEUTENANT
    OLIVER, individually; CORRECTIONS
18  OFFICER CASTRO, individually;
    CORRECTIONS OFFICER SMITH,
19  individually; and DOES I-X, inclusive; and
    ROES I-X, inclusive,
20
        Defendants.
21

22  NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU
    WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ
23  THE INFORMATION BELOW.

24  **TO THE DEFENDANT**: A civil Complaint has been filed by the Plaintiff(s) against you for the

25  relief set forth in the Complaint.

26                   ***CORRECTIONS OFFICER CASTRO***

27      1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you

28  exclusive of the day of service, you must do the following:

1          a. File with the Clerk of this Court, whose address is shown below, a formal

2     written response to the Complaint in accordance with the rules of the Court.

3          b. Serve a copy of your response upon the attorney whose name and address is

4     shown below.

5          2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and

6 this Court may enter a judgment against you for the relief demanded in the Complaint, which

7 could result in the taking of money or property or other relief requested in the Complaint.

8          3. If you intend to seek the advice of an attorney in this matter, you should do so promptly

9 so that your response may be filed on time.

10 Issued at the direction of:
     POTTER LAW OFFICES                 CLERK OF THE COURT

11                                   TERRI STRINGER    JUL 0 1 2015
                              By:

12 CAL J. POTTER, III, ESQ.         **DEPUTY CLERK**        Date
   Nevada Bar No. 1988               Clark County Regional Justice Center

13 C. J. POTTER, IV, ESQ.            200 Lewis Avenue
   Nevada Bar No. 13225            Las Vegas, NV 89155

14 Las Vegas, NV 89102
   (702) 385-1954

15 *Attorneys for Plaintiff*

16

17 **NOTE:** When service is by publication, add a brief statement of the object of the action. See Rules of Civil Procedure, Rule 4(b).

18

19

20

21

22

23

24

25

26

27

28

2

1 **AFFIDAVIT OF SERVICE**

2 STATE OF _____ )
                              ) ss:
3 COUNTY OF _____ )

4 _____, being duly sworn says: That at all times herein affiant was

5 and is a citizen of the United States, over 18 years of age, not party to nor interested in the

6 proceeding in which this affidavit is made. That affiant received ____ copy(ies) of the Summons

7 and Complaint, _____

8 on the ____ day of _____, 20___, and served the same on the ____ day of _____,

9 20___ by:

10 (affiant must complete the appropriate paragraph)

11

12 1.   delivering and leaving a copy with the defendant _____

13      at (state address) _____.

14

15 2.   serving the defendant _____ by personally

16      delivering and leaving a copy with _____, a

17      person of suitable age and discretion residing at the defendant's usual place of abode

18      located at (state address) _____.

19

20 3.   serving the defendant _____ by personally

21      delivering and leaving a copy at (state address) _____.

22      a.   with _____ as

23           _____, an agent lawfully designated by statute to

24           accept service of process.

25      b.   with _____, pursuant to NRS

26           14.020 as a person of suitable age and discretion at the above address, which

27           address is the address of the resident agent as shown on the current certificate of

28           designation filed with the Secretary of State.

3

4.    personally depositing a copy in a mail box of the United States Post Office, enclosed in a

sealed envelope postage prepaid (check appropriate method):

_____ ordinary

_____ certified mail, return receipt requested

_____ registered mail, return requested

addressed to the defendant _____ at the defendant's

last known address which is (state address) _____.

I declare under penalty of perjury under the law of the State of Nevada that the foregoing

is true and correct.

EXECUTED this _____ day of _____, 20___.

_____
Signature of Person Making Service

SUBSCRIBED and SWORN to before

me this _____ day of _____, 20___.

_____
NOTARY PUBLIC
In and for said County and State.

4

Received

JUL 1 5 2015

Personnel.

1  CAL J. POTTER, III, ESQ.
   Nevada Bar No. 1988
2  C. J. POTTER, IV, ESQ.
   Nevada Bar No. 1988
3  POTTER LAW OFFICES
   1125 Shadow Lane
4  Las Vegas, Nevada 89102
   Tel: (702) 385-1954
5  Fax: (702) 385-9081
   *Attorneys for Plaintiffs*
6

7              **DISTRICT COURT**

8          **CLARK COUNTY, NEVADA**

9
   VICTOR PEREZ, as Special Administrator
10 of the Estate of CARLOS PEREZ, deceased;
   VICTOR PEREZ, as the Guardian Ad Litem
11 for SOPHIA ELISE PEREZ, a minor;
   VICTOR PEREZ, as the Guardian Ad Litem
12 for ALEXANDER IZRYAL PEREZ, a minor;
   and MYRA PEREZ, individually.                Case No.:     A-15-716601-C

13        Plaintiff,                             Dept. No.:    XXIX

14 vs.

15                                              **SUMMONS**
   STATE OF NEVADA; DIRECTOR GREG
16 COX, individually; WARDEN DWIGHT
   NEVEN, individually; ASSISTANT
17 WARDEN TIMOTHY FILSON, individually;
   COT. RAMOS, individually; LIEUTENANT
18 OLIVER, individually; CORRECTIONS
   OFFICER CASTRO, individually;
19 CORRECTIONS OFFICER SMITH,
   individually; and DOES I-X, inclusive; and
20 ROES I-X, inclusive,

21        Defendants.

22 **NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU
23 WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ
   THE INFORMATION BELOW.**

24
   **TO THE DEFENDANT:** A civil Complaint has been filed by the Plaintiff(s) against you for the

25 relief set forth in the Complaint.

26                          ***STATE OF NEVADA***

27     1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you

28 exclusive of the day of service, you must do the following:

1           a. File with the Clerk of this Court, whose address is shown below, a formal

2    written response to the Complaint in accordance with the rules of the Court.

3           b. Serve a copy of your response upon the attorney whose name and address is

4    shown below.

5        2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and

6    this Court may enter a judgment against you for the relief demanded in the Complaint, which

7    could result in the taking of money or property or other relief requested in the Complaint.

8        3. If you intend to seek the advice of an attorney in this matter, you should do so promptly

9    so that your response may be filed on time.

10  Issued at the direction of:
POTTER LAW OFFICES             CLERK OF THE COURT,

11

                                   By:

12  CAL J. POTTER, III, ESQ.         DEPUTY CLERK           Date JUL 01 2015
Nevada Bar No. 1988           Clark County Regional Justice Center

13  C. J. POTTER, IV, ESQ.          200 Lewis Avenue
Nevada Bar No. 13225         Las Vegas, NV 89155      TERRI STRINGER

14  Las Vegas, NV 89102
(702) 385-1954

15  *Attorneys for Plaintiff*

16

    **NOTE:** When service is by publication, add a brief statement of the object of the action. See

17  Rules of Civil Procedure, Rule 4(b).

18

19

20

21

22

23

24

25

26

27

28

2

1                                  **AFFIDAVIT OF SERVICE**

2   STATE OF _____   )

                                  ) ss:

3   COUNTY OF _____ )

4                       _____, being duly sworn says: That at all times herein affiant was

5 and is a citizen of the United States, over 18 years of age, not party to nor interested in the

6 proceeding in which this affidavit is made. That affiant received _____ copy(ies) of the Summons

7 and Complaint, _____

8 on the _____ day of _____, 20___, and served the same on the _____ day of _____,

9 20___ by:

10                       **(affiant must complete the appropriate paragraph)**

11

12 1.     delivering and leaving a copy with the defendant _____

13        at (state address) _____.

14

15 2.     serving the defendant _____ by personally

16        delivering and leaving a copy with _____, a

17        person of suitable age and discretion residing at the defendant's usual place of abode

18        located at (state address) _____.

19

20 3.     serving the defendant _____ by personally

21        delivering and leaving a copy at (state address) _____.

22        a.     with _____ as

23                  _____, an agent lawfully designated by statute to

24                  accept service of process.

25        b.     with _____, pursuant to NRS

26                  14.020 as a person of suitable age and discretion at the above address, which

27                  address is the address of the resident agent as shown on the current certificate of

28                  designation filed with the Secretary of State.

4.     personally depositing a copy in a mail box of the United States Post Office, enclosed in a sealed envelope postage prepaid (check appropriate method):

         \_\_\_\_ ordinary

         \_\_\_\_ certified mail, return receipt requested

         \_\_\_\_ registered mail, return requested

addressed to the defendant _____ at the defendant's last known address which is (state address) _____.

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

       EXECUTED this \_\_\_\_ day of _____, 20\_\_.

                                    _____
                                    Signature of Person Making Service

SUBSCRIBED and SWORN to before

me this \_\_\_\_ day of _____, 20\_\_.

_____
NOTARY PUBLIC
In and for said County and State.

4

1   CAL J. POTTER, III, ESQ.
    Nevada Bar No. 1988
2   C. J. POTTER, IV, ESQ.
    Nevada Bar No. 1988
3   POTTER LAW OFFICES
    1125 Shadow Lane
4   Las Vegas, Nevada 89102
    Tel: (702) 385-1954
5   Fax: (702) 385-9081
    *Attorneys for Plaintiffs*

6

7                     **DISTRICT COURT**

8                 **CLARK COUNTY, NEVADA**

9   VICTOR PEREZ, as Special Administrator
    of the Estate of CARLOS PEREZ, deceased;
10  VICTOR PEREZ, as the Guardian Ad Litem
    for SOPHIA ELISE PEREZ, a minor;
11  VICTOR PEREZ, as the Guardian Ad Litem
    for ALEXANDER IZRYAL PEREZ, a minor;
12  and MYRA PEREZ, individually.                Case No.:    A-15-716601-C

13          Plaintiff,                           Dept. No.:   XXIX

14  vs.
                                                 **SUMMONS**
15  STATE OF NEVADA; DIRECTOR GREG
    COX, individually; WARDEN DWIGHT
16  NEVEN, individually; ASSISTANT
    WARDEN TIMOTHY FILSON, individually;
17  COT. RAMOS, individually; LIEUTENANT
    OLIVER, individually; CORRECTIONS
18  OFFICER CASTRO, individually;
    CORRECTIONS OFFICER SMITH,
19  individually; and DOES I-X, inclusive; and
    ROES I-X, inclusive,
20
        Defendants.
21

22  **NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU**
23  **WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ**
    **THE INFORMATION BELOW.**

24  **TO THE DEFENDANT:** A civil Complaint has been filed by the Plaintiff(s) against you for the

25  relief set forth in the Complaint.

26                          *COT. RAMOS*

27      1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you

28  exclusive of the day of service, you must do the following:

1        a. File with the Clerk of this Court, whose address is shown below, a formal

2    written response to the Complaint in accordance with the rules of the Court.

3        b. Serve a copy of your response upon the attorney whose name and address is

4        shown below.

5        2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and

6    this Court may enter a judgment against you for the relief demanded in the Complaint, which

7    could result in the taking of money or property or other relief requested in the Complaint.

8        3. If you intend to seek the advice of an attorney in this matter, you should do so promptly

9    so that your response may be filed on time.

10   Issued at the direction of:
     POTTER LAW OFFICES                          CLERK OF THE COURT

11                                               By: _____ JUL 0 1 2015
                                                 DEPUTY CLERK              Date
12   CAL J. POTTER, III, ESQ.                    Clark County Regional Justice Center
     Nevada Bar No. 1988                         200 Lewis Avenue
13   C. J. POTTER, IV, ESQ.                      Las Vegas, NV 89155
     Nevada Bar No. 13225
14   Las Vegas, NV 89102
     (702) 385-1954
15   *Attorneys for Plaintiff*

16
     **NOTE:** When service is by publication, add a brief statement of the object of the action. See
17   Rules of Civil Procedure, Rule 4(b).

18

19

20

21

22

23

24

25

26

27

28

                                          2

**AFFIDAVIT OF SERVICE**

STATE OF _____ )
                      ) ss:
COUNTY OF _____ )

_____, being duly sworn says: That at all times herein affiant was

and is a citizen of the United States, over 18 years of age, not party to nor interested in the

proceeding in which this affidavit is made.  That affiant received _____ copy(ies) of the Summons

and Complaint, _____

on the _____ day of _____, 20___, and served the same on the _____ day of _____,

20___ by:

(affiant must complete the appropriate paragraph)

1.    delivering and leaving a copy with the defendant _____

    at (state address) _____.

2.    serving the defendant _____ by personally

    delivering and leaving a copy with _____, a

    person of suitable age and discretion residing at the defendant's usual place of abode

    located at (state address) _____.

3.    serving the defendant _____ by personally

    delivering and leaving a copy at (state address) _____,

        a.    with _____ as

                _____, an agent lawfully designated by statute to

                accept service of process.

        b.    with _____, pursuant to NRS

                14.020 as a person of suitable age and discretion at the above address, which

                address is the address of the resident agent as shown on the current certificate of

                designation filed with the Secretary of State.

3

4.     personally depositing a copy in a mail box of the United States Post Office, enclosed in a

sealed envelope postage prepaid (check appropriate method):

                \_\_\_\_ ordinary

                \_\_\_\_ certified mail, return receipt requested

                \_\_\_\_ registered mail, return requested

addressed to the defendant _____ at the defendant's

last known address which is (state address) _____.

I declare under penalty of perjury under the law of the State of Nevada that the foregoing

is true and correct.

      EXECUTED this \_\_\_\_ day of _____, 20\_\_.

                                    _____

                                    Signature of Person Making Service

SUBSCRIBED and SWORN to before

me this \_\_\_\_ day of _____, 20\_\_.

_____
NOTARY PUBLIC
In and for said County and State.

4

1  CAL J. POTTER, III, ESQ.
   Nevada Bar No. 1988
2  C. J. POTTER, IV, ESQ.
   Nevada Bar No. 1988
3  POTTER LAW OFFICES
   1125 Shadow Lane
4  Las Vegas, Nevada 89102
   Tel: (702) 385-1954
5  Fax: (702) 385-9081
   *Attorneys for Plaintiffs*

6

7                    **DISTRICT COURT**

8                **CLARK COUNTY, NEVADA**

9   VICTOR PEREZ, as Special Administrator
    of the Estate of CARLOS PEREZ, deceased;
10  VICTOR PEREZ, as the Guardian Ad Litem
    for SOPHIA ELISE PEREZ, a minor;
11  VICTOR PEREZ, as the Guardian Ad Litem
    for ALEXANDER IZRYAL PEREZ, a minor;
12  and MYRA PEREZ, individually.          Case No.:    A-15-716601-C

13        Plaintiff,                       Dept. No.:   XXIX

14  vs.
                                           **SUMMONS**
15  STATE OF NEVADA; DIRECTOR GREG
    COX, individually; WARDEN DWIGHT
16  NEVEN, individually; ASSISTANT
    WARDEN TIMOTHY FILSON, individually;
17  COT. RAMOS, individually; LIEUTENANT
    OLIVER, individually; CORRECTIONS
18  OFFICER CASTRO, individually;
    CORRECTIONS OFFICER SMITH,
19  individually; and DOES I-X, inclusive; and
    ROES I-X, inclusive,
20
        Defendants.
21

22  **NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU
    WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ
23  THE INFORMATION BELOW.**

24  **TO THE DEFENDANT:** A civil Complaint has been filed by the Plaintiff(s) against you for the

25  relief set forth in the Complaint.

26                    ***CORRECTIONS OFFICER SMITH***

27      1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you

28  exclusive of the day of service, you must do the following:

1      a.  File with the Clerk of this Court, whose address is shown below, a formal

2      written response to the Complaint in accordance with the rules of the Court.

3      b.  Serve a copy of your response upon the attorney whose name and address is

4      shown below.

5      2.  Unless you respond, your default will be entered upon application of the Plaintiff(s) and

6   this Court may enter a judgment against you for the relief demanded in the Complaint, which

7   could result in the taking of money or property or other relief requested in the Complaint.

8      3.  If you intend to seek the advice of an attorney in this matter, you should do so promptly

9   so that your response may be filed on time.

10  Issued at the direction of:                    CLERK OF THE COURT
    POTTER LAW OFFICES
11                                                 By:                                    JUL 0 1 2015
12  CAL J. POTTER, III, ESQ.                       DEPUTY CLERK                   Date
    Nevada Bar No. 1988                            Clark County Regional Justice Center
13  C. J. POTTER, IV, ESQ.                         200 Lewis Avenue              TERRI STRINGER
    Nevada Bar No. 13225                           Las Vegas, NV 89155
14  Las Vegas, NV 89102
    (702) 385-1954
15  Attorneys for Plaintiff

16
    NOTE: When service is by publication, add a brief statement of the object of the action.  See
17  Rules of Civil Procedure, Rule 4(b).

18

19

20

21

22

23

24

25

26

27

28

2

1                                   **AFFIDAVIT OF SERVICE**

2    STATE OF _____      )

                              ) ss:

3    COUNTY OF _____   )

4                     _____, being duly sworn says: That at all times herein affiant was

5    and is a citizen of the United States, over 18 years of age, not party to nor interested in the

6    proceeding in which this affidavit is made.  That affiant received _____ copy(ies) of the Summons

7    and Complaint, _____

8    on the _____ day of _____, 20___, and served the same on the _____ day of _____,

9    20___ by:

10                         **(affiant must complete the appropriate paragraph)**

11

12   1.      delivering and leaving a copy with the defendant _____

13        at (state address) _____.

14

15   2.      serving the defendant _____ by personally

16        delivering and leaving a copy with _____, a

17        person of suitable age and discretion residing at the defendant's usual place of abode

18        located at (state address) _____.

19

20   3.      serving the defendant _____ by personally

21        delivering and leaving a copy at (state address) _____.

22        a.     with _____ as

23             _____, an agent lawfully designated by statute to

24             accept service of process.

25        b.     with _____, pursuant to NRS

26             14.020 as a person of suitable age and discretion at the above address, which

27             address is the address of the resident agent as shown on the current certificate of

28             designation filed with the Secretary of State.

3

1   4.   personally depositing a copy in a mail box of the United States Post Office, enclosed in a

2   sealed envelope postage prepaid (check appropriate method):

3   _____ ordinary

4   _____ certified mail, return receipt requested

5   _____ registered mail, return requested

6   addressed to the defendant _____ at the defendant's

7   last known address which is (state address) _____.

8   I declare under penalty of perjury under the law of the State of Nevada that the foregoing

9   is true and correct.

10   EXECUTED this _____ day of _____, 20__.

11

12   _____
                                            Signature of Person Making Service
13   SUBSCRIBED and SWORN to before

14   me this _____ day of _____, 20__.

15

16   _____
     NOTARY PUBLIC
17   In and for said County and State.

18

19

20

21

22

23

24

25

26

27

28

4