# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR PEREZ, et al., | |
| Plaintiffs, | Case No. 2:15-cv-01572-APG-CWH |
| vs. | **ORDER** |
| STATE OF NEVADA, et al., | |
| Defendants. | |

Presently before the Court is the parties' Joint Stipulation to Postpone the Notice of Intent to Take Default Judgment for the Purpose of Allowing the Parties to Engage in Mediation (ECF No. 15). The parties request that Plaintiffs' Notice of Intent to Take Default Judgment (ECF No. 11) be stayed until after the screening order issues in this case. The parties are advised that because the plaintiffs are not prisoners and are not seeking to proceed *in forma pauperis*, the Court will not screen the complaint under 28 U.S.C. § 1915 or § 1915A. The Court therefore will deny the parties' stipulation to the extent it requests a stay of the Notice of Intent to Take Default pending the issuance of a screening order. However, the Court will grant the parties' request to stay the case pending an early private mediation by a JAMS mediator.

IT IS THEREFORE ORDERED that the parties' Joint Stipulation to Postpone the Notice of Intent to Take Default Judgment for the Purpose of Allowing the Parties to Engage in Mediation (ECF No. 15) is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that the parties must file a joint status report regarding the outcome of the private JAMS mediation within 60 days from the date of this Order.

DATED: October 5, 2015

_____
C.W. Hoffman, Jr.
United States Magistrate Judge