**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| VICTOR PEREZ, *et al.*, | Case No. 2:15-cv-01572-APG-CWH |
| Plaintiffs, | **ORDER** |
| v. | (Dkt. #32) |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |

Upon review of Defendants' Motion for Leave to File Confidential Documents (Dkt. #32), I am granting this Motion in part. The medical records collected as Exhibit R can be filed under seal. With regard to the personnel records collected as Exhibits K, L, and M, the parties are to confer about whether sufficient redactions can be made to those records to protect the confidential information but still disclose non-confidential information in those documents. The parties shall file a joint or separate supplemental briefs on this issue within 10 days.

Dated: February 29, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE