**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
   Attorneys for Defendant Corrections
   Officer Castro

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR PEREZ, as Special Administrator of the Estate of CARLOS PEREZ, deceased; VICTOR PEREZ, as the Guardian Ad Litem for SOPHIA ELISE PEREZ, a minor; VICTOR PEREZ, as the Guardian Ad Litem for ALEXANDER IZRYAL PEREZ, a minor and MYRA PEREZ, individually,<br><br>                Plaintiffs,<br><br>vs.<br><br>STATE OF NEVADA; DIRECTOR GREG COX, individually; WARDEN DWIGHT NEVEN, individually; ASSISTANT WARDEN TIMOTHY FILSON, individually; COT. RAMOS, individually; LIEUTENANT OLIVER, individually; CORRECTIONS OFFICER CASTRO, individually; CORRECTIONS OFFICER SMITH, individually; DOES I-X, inclusive, and ROES I-X, inclusive,<br><br>                Defendants. | Case No.:   2:15-cv-01572-APG-CWH<br><br>**<u>DEFENDANT CORRECTIONS OFFICER CASTRO'S REQUEST FOR EXCEPTION OF ATTENDANCE REQUIREMENT AT THE SETTLEMENT CONFERENCE SCHEDULED FOR DECEMBER 14, 1016</u>** |

///

///

///

///

Page 1 of 4

Defendant Corrections Officer Castro, by and through his attorneys of record, Craig R. Anderson, Esq., of Marquis Aurbach Coffing, hereby files his Request for Exception of Attendance at the Settlement Conference Scheduled for December 14, 2016. ECF No. 76.

1. Defendant Castro currently lives in California where he is employed full-time;

2. Defendant Castro is the sole provider for his family;

3. It would be a hardship for Defendant Castro to travel and attend;

4. This settlement conference was requested by Plaintiff and State of Nevada Defendants;

5. Defendant Castro requests he not be required to submit a Confidential Settlement Statement; and

6. Counsel for Defendant Castro will be present at the conference.

Dated this 18 day of November, 2016.

MARQUIS AURBACH COFFING

By _____
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorney(s) for Defendant Corrections Officer Castro

IT IS SO ORDERED
_____
U.S. MAGISTRATE JUDGE
DATED: November 25, 2016

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14322-002 2948716_1 11/18/2016 2:37 PM

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **DEFENDANT CORRECTIONS OFFICER CASTRO'S REQUEST FOR EXCEPTION OF ATTENDANCE REQUIREMENT AT THE SETTLEMENT CONFERENCE SCHEDULED FOR DECEMBER 14, 1016** was submitted electronically for filing and/or service with the United States District Court on the 18th day of November, 2016. Electronic service of the foregoing document shall be made in accordance with the CM/ECF Service List as follows:

Cal J. Potter, III, Esq.
Cal J. Potter, IV, Esq.
Potter Law Offices
Attorney for Plaintiffs
info@potterlawoffices.com
dustin@potterlawoffices.com
linda@potterlawoffices.com
stacie@potterlawoffices.com
tanya@potterlawoffices.com

Clark G. Leslie, Esq.
Ann McDermott, Esq.
Theresa M. Haar, Esq.
Office of the Attorney General
Attorney for Defendants Cox, Filson, Neven and Oliver
cleslie@ag.nv.gov
khowe@ag.nv.gov
sgeyer@ag.nv.gov
amcdermott@ag.nv.gov
thaar@ag.nv.gov
azayas@ag.nv.gov
dresch@ag.nv.gov
mpizzariello@ag.nv.gov

Jeffrey F. Barr, Esq.
Lee Iglody, Esq.
Ashcraft & Barr LLP
Attorney for Defendant Smith
barrj@ashcraftbarr.com
ashcrafta@ashcraftbarr.com
iglodyl@ashcraftbarr.com
levyj@ashcraftbarr.com

Robert W. Freeman, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
Attorney for Defendant Ofc. Ramos
kristen.freeman@lewisbrisbois.com
keltic73@msn.com
kellene.mckay@lewisbrisbois.com

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14322-002 2948716_1 11/18/2016 2:37 PM

I further certify that I served a copy of this document by mailing a true and correct copy thereof, postage prepaid, addressed to:

n/a

_____
an employee of Marquis Aurbach Coffing