ROBERT W. FREEMAN
Nevada Bar No. 3062
PAMELA L. MCGAHA
Nevada Bar No. 8181
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendant
Corrections Officer Trainee
Raynaldo-John Ramos

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| VICTOR PEREZ, as Special Administrator of the Estate of CARLOS PEREZ, deceased; VICTOR PEREZ, as the Guardian Ad Litem for S.E.P, a minor; VICTOR PEREZ, as the Guardian Ad Litem for A.I.P., a minor; and MYRA PEREZ, individually,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, DIRECTOR GREG COX, individually; WARDEN DWIGHT NEVEN, individually; ASSISTANT WARDER TIMOTHY FILSON, individually; COT RAMOS, individually; LIEUTENANT OLIVER, individually; CORRECTIONS OFFICER CASTRO, individually; CORRECTIONS OFFICER SMITH, individually; and DOES I-X, inclusive; and ROES I-X, inclusive;<br><br>Defendants. | CASE NO. 2:15-cv-1572-APG -CWH<br><br>**DEFENDANT RAYNALDO-JOHN RAMOS' REQUEST FOR EXCEPTION OF ATTENDANCE REQUIREMENT AT THE SETTLEMENT CONFERENCE SCHEDULED FOR DECEMBER 14, 2016** |

COME NOW, Defendant, Raynaldo-John Ramos, by and through his attorneys of record, Robert W. Freeman, Esq. and Pamela L. McGaha, Esq., and hereby files this Request for Exception of Attendance Requirement at the Settlement Conference scheduled for December 14, 2016.

On June 17, 2016, a stay was granted as to Defendant Ramos pending the resolution of his criminal case [70]. He has not participated in any formal discovery. Defendant Ramos is full time

4831-7276-8572.1

Case 2:15-cv-01572-APG-CWH   Document 86   Filed 11/28/16   Page 2 of 3

employed and actively participating in the defense of the criminal charges filed against him. The settlement conference was requested jointly by the Plaintiffs and the State of Nevada Defendants. Based upon the above, Defendant Ramos respectfully requests that he be excused from the Settlement Conference and he not be required to submit a Confidential Settlement Statement. Counsel for Ramos will be present at the Conference.

DATED this 18th day of November, 2016.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Robert W. Freeman
Robert W. Freeman
Nevada Bar No. 3062
Pamela L. McGaha
Nevada Bar No. 8181
6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89118
Attorney for Defendant
Corrections Trainee Officer
Raynaldo-John Ramos

IT IS SO ORDERED

U.S. MAGISTRATE JUDGE
DATED: November 25, 2016



4831-7276-8572.1        2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of November, 2016, I electronically filed the **DEFENDANT RAYNALDO-JOHN RAMOS' REQUEST FOR EXCEPTION OF ATTENDANCE REQUIREMENT AT THE SETTLEMENT CONFERENCE SCHEDULED FOR DECEMBER 14, 2016** with the Clerk of the Court through Case Management/Electronic Filing System.

Cal J. Potter, III, Esq.
C.J. Potter, IV, Esq.
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, Nevada 89102
Attorneys of Plaintiff

Steven G. Shevorski, Esq.
Clark G. Leslie, Esq.
Theresa M. Haar, Esq.
NEVADA ATTORNEY GENERALS OFFICE
100 N. Carson Street
Carson City, Nevada 89701
Attorneys for Defendants
the State of Nevada
Director James Greg Cox, Warden, Dwight Neven,
Assistant Warden Timothy Filson, Lieutenant Ronald Oliver

Jeffrey F. Barr, Esq.
ASHCRAFT & BARR LLP
2300 W. Sahara, Suite 1130
Las Vegas, Nevada 89102
Attorneys for Defendant
Corrections Officer Isaiah Smith

Craig R. Anderson, Esq.
MARQUIS AURBACH & COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendant
Corrections Officer Castro

/s/ *Kristen Freeman*
Employee of LEWIS BRISBOIS
BISGAARD & SMITH LLP

4831-7276-8572.1

3