CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, NV 89102
Ph:  (702) 385-1954
Fax: (702) 385-9081
cpotter@potterlawoffices.com
cj@potterlawoffices.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR PEREZ, as Special Administrator of the Estate of CARLOS PEREZ, deceased; VICTOR PEREZ, as the Guardian Ad Litem for S.E.P., a minor; VICTOR PEREZ, as the Guardian Ad Litem for A.I.P, a minor; and MYRA PEREZ, individually.<br><br>Plaintiff,<br><br>-vs-<br><br>STATE OF NEVADA; DIRECTOR GREG COX, individually; WARDEN DWIGHT NEVEN, individually; ASSISTANT WARDEN TIMOTHY FILSON, individually; COT. RAMOS, individually; LIEUTENANT OLIVER, individually; CORRECTIONS OFFICER CASTRO, individually; CORRECTIONS OFFICER SMITH, individually; and DOES I-X, inclusive; and ROES I-X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-1572-ADG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFFS' REPLY TO NDOC DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT [ECF 90] AND EXTEND DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO NDOC DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**<br>[First Request] |

Plaintiffs, named above, by and through their counsel of record Cal J. Potter, III, Esq. and C. J. Potter, IV, Esq. of Potter Law Offices; Defendants, NDOC, James "Greg" Cox, Timothy Filson, Dwight Neven, and Ronald Oliver (hereinafter "NDOC Defendants") by and through their counsel of record Steve Shevorski and Theresa M. Haar, Deputy Attorney Generals, COT. Ramos, by and through his counsel of record, Robert W. Freeman, Jr. Esq. of Lewis Brisbois Bisgaard & Smith, LLP; Defendant, CO Castro, by and through his counsel of record,

Craig R. Anderson, Esq. of Marquis Aurbach Coffing; and Defendant CO Smith, by and through his counsel of record, Jeffrey R. Barr, Esq. of Ashcroft & Barr, LLP, and hereby submit this Stipulation to Extend Plaintiffs' Reply to NDOC Defendants' Motion to Dismiss Amended Complaint [ECF 90], filed December 28, 2016, currently due January 11, 2017, be extended an additional twenty-one (21) days up to and including Wednesday, February 1, 2017, and NDOC Defendants' Reply to Plaintiffs' Opposition to NDOC Defendants' Motion to Dismiss Amended Complaint be due on Wednesday, February 22, 2017.

Although Plaintiffs' counsel has been actively working on responding to Defendants' Motion, Plaintiffs' counsel has been unable to complete the Response. Since the filing of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint, Plaintiffs' counsel has had a Supreme Court Brief and a Ninth Circuit Brief due, three (3) depositions, numerous substantive motions and responses; as well as other general appearances and deadlines. This request for extension is made in good faith and not for the purposes of delay.

WHEREFORE, the parties respectfully request that Plaintiffs' Response to Defendants' Motion to Dismiss Plaintiffs' Amended Complaint, be extended an additional twenty-one (21) days up to and including Wednesday, February 1, 2017, and NDOC Defendants' Reply to Plaintiffs' Opposition to NDOC Defendants' Motion to Dismiss Amended Complaint be due on Wednesday, February 22, 2017.

APPROVED AS TO FORM AND CONTENT.

DATED this 10th day of January, 2017.

POTTER LAW OFFICES

By   /s/ C. J. Potter, IV, Esq.
CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
1125 Shadow Lane
Las Vegas, Nevada 89102
*Attorneys for Plaintiffs*

**SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: January 10, 2017.

DATED this 10th day of January, 2017.

OFFICE OF THE NEVADA ATTORNEY GENERAL

By   /s/ Theresa M. Haar, Esq.
ADAM P. LAXALT, ATTORNEY GENERAL
STEVE SHEVORISKI
HEAD OF COMPLEX LITIGATION
Nevada Bar No. 8256
THERESA M. HAAR
DEPUTY ATTORNEY GENERAL
Nevada Bar No. 12158
555 E. Washington Ave. Ste. 3900
Las Vegas, Nevada 89101
*Attorneys for NDOC Defendants*

2

DATED this 10th day of January, 2017.

LEWIS BRISBOIS BISGAARD & SMITH

By  /s/ Robert W. Freeman, Jr., Esq.
ROBERT W. FREEMAN, JR., ESQ.
Nevada Bar No. 3062
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorney for Defendant Correction Officer Trainee Raynaldo-John Ramos*

DATED this 10th day of January, 2017.

MARQUIS AURBACH COFFING

By  /s/ Craig R. Anderson, Esq.
CRAIG R. ANDERSON, ESQ.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorney for Defendant Castro*

DATED this 10th day of January, 2017.

ASHCRAFT & BARR, LLP

By  /s/ Jeffrey F. Barr, Esq.
JEFFREY F. BARR, ESQ.
Nevada Bar No. 7269
LEE I. IGOLDY, ESQ.
Nevada Bar No. 7757
2300 West Sahara Avenue, Suite 1130
Las Vegas, Nevada 89102
*Attorneys for Defendant Isaiah Smith*

**ORDER**

IT IS SO ORDERED.

_____          _____
DATED                          UNITED STATES DISTRICT COURT JUDGE

3