1  CAL J. POTTER, III, ESQ.
   Nevada Bar No. 1988
2  C. J. POTTER, IV, ESQ.
   Nevada Bar No. 13225
3  POTTER LAW OFFICES
   1125 Shadow Lane
4  Las Vegas, NV 89102
   Ph:  (702) 385-1954
5  Fax: (702) 385-9081
   cpotter@potterlawoffices.com
6  cj@potterlawoffices.com
   *Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

VICTOR PEREZ, as Special Administrator of the Estate of CARLOS PEREZ, deceased; VICTOR PEREZ, as the Guardian Ad Litem for S. E. P., a minor; VICTOR PEREZ, as the Guardian Ad Litem for A. I. P., a minor,

    Plaintiff,

-vs-

STATE OF NEVADA; DIRECTOR GREG COX, individually; WARDEN DWIGHT NEVEN, individually; ASSISTANT WARDEN TIMOTHY FILSON, individually; COT. RAMOS, individually; LIEUTENANT OLIVER, individually; CORRECTIONS OFFICER CASTRO, individually; CORRECTIONS OFFICER SMITH, individually; and DOES I-X, inclusive; and ROES I-X, inclusive,

    Defendants.
_____/

Case No.: 2:15-cv-1572-ADG-CWH

**ORDER**

# **ORDER**

    COMES NOW, Plaintiffs, named above, by and through their counsel of record, CAL J. POTTER, III, ESQ. and C. J. POTTER, IV, ESQ. of POTTER LAW OFFICES hereby submit this Order to assist in the resolution of this matter in the conduct of a deposition scheduled at the Lovelock Correctional Center in Lovelock, Nevada.

That on May 12, 2017, via telephonic conference call before Magistrate Judge Carl W. Hoffman, the court held a discovery hearing. Plaintiffs were represented by Cal. Potter of the POTTER LAW OFFICES. On behalf of Defendants, Deputy Attorney General Theresa M. Haar, Robert Freeman, Lee Iglody, Nick Crosby were present. After hearing from the parties and being fully informed in the premises, the court orders as follows:

That the Warden of Lovelock Correctional Center, (located at 1200 Prison Rd, Lovelock, NV 89419) shall have a room available that will hold five (5) attorneys, the court reporter, the deponent and guard(s) on Friday, May 19th at 10:00 am for the deposition of inmate Brandon Castner (Inmate #1090708).

Failure to adhere to this Honorable Court's Order may result in sanctions.

DATED this 17th day of May, 2017.

_____
C.W. Hoffman, Jr.
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted:

/s/ Cal J. Potter, III, Esq.
CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, NV 89102
Ph: (702) 385-1954
Fax: (702) 385-9081
cpotter@potterlawoffices.com
cj@potterlawoffices.com
*Attorneys for Plaintiffs*

. . .

APPROVED AS TO FORM AND CONTENT:

/s/ Theresa M. Haar, Esq.
Steven Shevorski, Esq.
Chief Deputy Attorney General
THERESA M. HAAR
DEPUTY ATTORNEY GENERAL
BUREAU OF LITIGATION
PUBLIC SAFETY DIVISION
100 N. Carson Street
Carson City, Nevada 89701-4717
*Attorney for Defendants*
*James "Greg" Cox, Timothy Filson,*
*Dwight Neven and Ronald Oliver*