# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR PEREZ, et al., | |
| Plaintiffs, | Case No. 2:15-cv-01572-APG-CWH |
| vs. | **ORDER** |
| STATE OF NEVADA, et al., | |
| Defendants. | |

Presently before the court is non-party Rolando Tijerina's Permissive Joinder of Parties Pursuant to FRCP 20(a)(1)(A)(b) (ECF No. 104), filed on July 24, 2017. Mr. Tijerina seeks to join in this action as a plaintiff, but states that he is gathering facts to submit a memorandum.

Mr. Tijerina is advised that if he seeks relief from the court, he must file a motion. *See* Local Rule IA 7-1(b) (stating that "[a]ll communications with the court must be styled as a motion, stipulation, or notice, and must be filed in the court's docket and served on all other attorneys and pro se parties"). The court will not take further action with respect to this filing unless it is re-filed as a motion supported by a memorandum of points and authorities.

DATED: August 23, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**