CLARK HILL PLLC
PAOLA M. ARMENI
Nevada Bar No. 8357
Email: parmeni@clarkhill.com
3800 Howard Hughes Pkwy., #500
Las Vegas, Nevada 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
*Attorneys for Plaintiffs, Perez Family*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTOR PEREZ, as Special Administrator of the Estate of CARLOS PEREZ, deceased; VICTOR PEREZ, as the Guardia Ad Litem for S.E.P., a minor; VICTOR PEREZ, as the Guardia Ad Litem for A.I.P., a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF NEVADA, ex.rel. NEVADA DEPARTMENT OF CORRECTIONS; DIRECTOR GREG COX, individually; WARDEN DWIGHT NEVEN, individually; ASSISTANT WARDEN TIMOTHY FILSON, individually; COT. RAMOS, individually; LIEUTENANT OLIVER, individually; CORRECTIONS OFFICER CASTRO, individually; CORRECTIONS OFFICER SMITH, individually; and DOES I-X, inclusive; and ROES I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:15-cv-01572-APG-DJA<br><br>**STIPULATION AND ORDER TO LIFT STAY** |

    The parties in the above-referenced matter, by and through their attorneys, hereby jointly move the Court for an Order lifting the stay in this matter.

    A Motion to Stay was filed by Defendant Ramos on April 25, 2016. [ECF 59]. On May 9, 2016, Defendants James Greg Cox, Timothy Filson, Dwight W. Neven, and Ronald Oliver filed a Joinder to Defendant Ramos' Motion to Stay. [ECF 62]. On June 17, 2016, the Court granted Defendant Ramos' Motion to Stay in that discovery was stayed in its entirety as to Defendant Ramos pending the resolution of his criminal case. As to the other parties, the Court granted the motion to stay and discovery was stayed with the exception that the depositions of percipient inmate witnesses shall be scheduled. The criminal matter has been resolved, thus there is no need

1  to stay the action before this Court.

2      The circumstances that prompted this Court to stay this action on June 17, 2016, have

3  since resolved.  Thus, the stay is no longer necessary or appropriate.  Accordingly, the parties

4  respectfully request an order from the Court lifting the stay.

5  DATED this 4th day of December, 2019.    DATED this 4th day of December, 2019.

6  CLARK HILL, PLLC                          LEWIS BRISBOIS BISGAARD & SMITH LLP
  /s/ Paola A. Armeni_____                ____/s/ Robert w. Freeman, Jr._____
7  PAOLA M. ARMENI                           ROBERT W. FREEMAN, JR.
Nevada Bar No. 8357                        Nevada Bar No. 3062
8  3800 Howard Hughes Pkwy., #500             6385 s. Rainbow Blvd., Ste. 600
Las Vegas, Nevada 89169                    Las Vegas, Nevada 89118
9  Tel:  (702) 862-8300                       Tel: (702) 893-3383
*Attorney for Plaintiffs*                    *Attorneys for Defendant Ramos*
10
DATED this 4th day of December, 2019.    DATED this 4th day of December, 2019.
11
AARON FORD, Attorney General              ASHCRAFT & BARR, LLP
12   /s / Steve Shevorski_____              __/s/ Jeffrey F.Barr_____
STEVE SHEVORSKI                           JEFFREY F. BARR
13  Nevada Bar No. 8256                        Nevada Bar No. 7269
THERESA M. HAAR                           2300 West Sahara, Suite 900
14  Nevada Bar No 12158                        Las Vegas, Nevada 89102
555 East Washington Ave. Ste. 3900        Tel:  (702) 631-7555
15  Las Vegas, Nevada 89101
Tel:  (702) 486-3792                      LEE I. IGLODY
16  *Attorneys for Defendants James Greg*        Nevada Bar No. 7757
*Cox, Timothy Filson, Dwight W. Neven*       7450 Arroyo Crossing Pkwy, Suite 270
17  *and Ronald Oliver*                         Las Vegas, Nevada 89113
Tel:  (702) 425-5366
18  DATED this 4th day of December, 2019.    *Attorneys for Isaiah Smith*

19  MARQUIS & AURBACH
 /s/ Craig R. Anderson_____
20  CRAIG R. ANDERSON
Nevada Bar No. 6882
21  10001 Park Run Drive
Las Vegas, Nevada 89145
22  Tel: (702) 382-0711
*Attorney for Castro*
23

**IT IS SO ORDERED**

Dated this __6th__ day of December, 2019.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2 of 2