1  JEFFREY F. BARR, ESQ
   Nevada Bar No. 7269
2  ARMSTRONG TEASDALE LLP
   3770 Howard Hughes Parkway, Suite 200
3  Las Vegas, Nevada 89169
   Telephone: 702.678.5070
4  Facsimile: 702.878.9995
5  jbarr@atllp.com
   *Attorneys for Defendant Corrections Officer Isaiah Smith*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTOR PEREZ, as Special Administrator of the Estate of CARLOS PEREZ, deceased; VICTOR PEREZ, as the Guardian Ad Litem for SOPHIA ELISE PEREZ, a minor; VICTOR PEREZ, as the Guardian Ad Litem for ALEXANDER ISRYAL PEREZ, a minor; and MYRA PEREZ, individually,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA; DIRECTOR GREG COX, individually; WARDEN DWIGHT NEVEN, individually; ASSISTANT WARDEN TIMOTHY FILSON, individually; COT. RAMOS, individually; LIEUTENANT OLIVER, individually; CORRECTIONS OFFICER CASTRO, individually; CORRECTIONS OFFICER SMITH, individually; and DOES 1-X, inclusive; and ROES 1-X, inclusive,<br><br>Defendants. | Case No.: 2:15-CV-01572-APG-DJA<br><br>**STIPULATION AND ORDER FOR WITHDRAWAL OF ATTORNEY LEE I. IGLODY** |

Pursuant to LR 6-2 and LR 11-6, IT IS HEREBY STIPULATED AND AGREED, by and among the parties, that Lee I. Iglody, co-counsel for Defendant Corrections Officer Isaiah Smith ("Defendant Smith"), seeks to withdraw as Defendant Smith's counsel in this matter.

IT IS FURTHER STIPULATED AND AGREED that Jeffrey F. Barr Esq. of the law firm Armstrong Teasdale LLP will continue to represent Defendant Smith in this matter.

///

1

IT IS FURTHER STIPULATED AND AGREED that Lee I. Iglody's withdrawal as Defendant Smith's attorney of record will not result in delay of discovery, trial, or any hearing in the case.

DATED this 29th day of April, 2020.

| | |
|---|---|
| IGLODY LAW<br><br>*/s/ Lee I. Iglody*<br>Lee I. Iglody, Nev. Bar No. 7757<br>2580 St. Rose Pkwy, Suite 330<br>Henderson, Nevada 89074<br>(702) 425-5366<br>*Attorneys for Isaiah Smith* | ARMSTRONG TEASDALE LLP<br><br>*/s/ Jeffrey F. Barr*<br>Jeffrey F. Barr, Nev. Bar No. 7269<br>3770 Howard Hughes Parkway, Suite 200<br>Las Vegas, Nevada 89169<br>(702) 678-5070<br>*Attorneys for Isaiah Smith* |
| CLARK HILL PLLC<br><br>*/s/ Paola M. Armeni*<br>Paola M. Armeni, Nev. Bar No. 8357<br>3800 Howard Hughes Pkwy., #500<br>Las Vegas, Nevada 89169<br>(702) 862-8300<br>*Attorneys for Plaintiffs* | AARON FORD, Attorney General<br><br>*/s/ Steven Shevorski*<br>Steven Shevorski, Nev. Bar No. 8256<br>555 E. Washington Ave., Ste. 3900<br>Las Vegas, NV 89101<br>(702) 486-3792<br>*Attorneys for Defendants State of Nevada, Dwight Neven, James Greg Cox, Ronald Oliver and Timothy Filson* |
| LEWIS BRISBOIS BISGAARD & SMITH<br><br>*/s/ Robert W. Freeman, Jr.*<br>Robert W. Freeman, Jr., Nev. Bar No. 3062<br>6385 S. Rainbow Blvd., Ste. 600<br>Las Vegas, NV 89118<br>(702) 893-3383<br>*Attorneys for Defendant Ramos* | MARQUIS & AURBACH<br><br>*/s/ Craig R. Anderson*<br>Craig R. Anderson, Nev. Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br>(702) 382-0711<br>*Attorneys for Defendant Castro* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 30, 2020