ROBERT W. FREEMAN
Nevada Bar No. 3062
robert.freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
matt.freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
    Attorneys for Defendant
    Corrections Officer Trainee
    Raynaldo-John Ramos

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| VICTOR PEREZ, as Special Administrator of the Estate of CARLOS PEREZ, deceased; VICTOR PEREZ, as the Guardian Ad Litem for S.E.P, a minor; VICTOR PEREZ, as the Guardian Ad Litem for A.I.P., a minor;<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, ex. rel. NEVADA DEPARTMENT OF CORRECTIONS; DIRECTOR GREG COX, individually; WARDEN DWIGHT NEVEN, individually; ASSISTANT WARDER TIMOTHY FILSON, individually; COT RAMOS, individually; LIEUTENANT OLIVER, individually; CORRECTIONS OFFICER CASTRO, individually; CORRECTIONS OFFICER SMITH, individually; and DOES I-X, inclusive; and ROES I-X, inclusive;<br><br>Defendants. | CASE NO. 2:15-cv-1572-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR THE PARTIES TO FILE THEIR DISPOSITIVE MOTIONS AND ADOPTION OF BRIEFING SCHEDULE**<br><br>**FIRST REQUEST** |

Pursuant to IA 6-1 and LR 26-3, Plaintiff, Victor Perez, as Special Administrator of the Estate of Carlos Perez, deceased; Victor Perez, as Guardian Ad Litem for S.E.P., a minor; Victor Perez, as Guardian Ad Litem for A.I.P., a minor, Defendants State of Nevada ex. rel. Nevada Department of Corrections, Director Greg Cox, Warden Dwight Neven, Assistant Warden Timothy Filson, COT Ramos, Lieutenant Oliver, Corrections Officer Castro, and Corrections

4837-9960-0126.1

Officer Smith, by and through their respective counsel of record, hereby stipulate to extend the deadline to file Dispositive Motions in the above-captioned case by seven (7) days, up to and including October 25, 2021. The parties further stipulate that oppositions to Dispositive Motions will be due on November 22, 2021, and that Replies will be due on December 13, 2021.

This stipulation to extend time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Attorney for Defendant Corrections Officer Ramos is currently preparing motions that are due in *Latham v. Henderson*, case number A-19-790017-C; *Juma v. Clark County*, case number 2:20-cv-00120-JCM-EJY; and *Perez, et al v. Ramos, et al*, case number 2:15-cv-1572-APG-DJA.

Further counsel for Defendant Corrections officer Trainee Raynaldo-John Ramos will be out of the state from October 7, 2021 to October 18, 2021.

The stipulated extension will not affect other deadlines of the scheduling order. Under LR 26-1(b)(5), if dispositive motions are filed, the deadline for filing the pretrial order—currently set for November 18, 2021, ECF No. 142 at 6—will be suspended "until 30 days after decision on the dispositive motions or further court order."

WHEREFORE, the parties respectfully request that this Court extend the time for the parties to file their Dispositive Motions by seven (7) days from the current deadline of October 18, 2021 up to and including October 25, 2021, with Oppositions due on November 22, 2021 and Replies due on December 13, 2021.

| | |
|---|---|
| DATED this 5th day of October, 2021. | DATED this 5th day of October, 2021. |
| LEWIS BRISBOIS BISGAARD & SMITH | CLARK HILL PLLC |
| */s/ Robert W. Freeman* | */s / Paola M. Armeni* |
| ROBERT W. FREEMAN<br>Nevada Bar No. 3062<br>E. MATTHEW FREEMAN<br>Nevada Bar No. 14198<br>6385 S. Rainbow Blvd, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for the Defendants*<br>*Las Vegas Metropolitan Police Department*<br>*Officer Michael Souder* | PAOLA M. ARMENI<br>Nevada Bar No. 8357<br>JEREMY J. THOMPSON<br>Nevada Bar No. 12503<br>3800 Howard Hughes Parkway<br>Suite 500<br>Las Vegas, Nevada 89169<br>*Attorneys for Plaintiff* |

4837-9960-0126.1          2

DATED this 5th day of October, 2021.

AARON D. FORD

/s / Akke Levin
STEVEN G. SHEVORSKI
Nevada Bar No. 8256
AKKE LEVIN
Nevada Bar No. 9102
KIEL B. IRELAND
Nevada Bar No. 15368C
100 N. Carson Street
Carson City, Nevada 89701
*Attorneys for Defendants
State of Nevada, ex. rel. Nevada Department of Corrections, Director James Greg Cox, Warden, Dwight Neven, Assistant Warden Timothy Filson, and Lieutenant Ronald Oliver*

DATED this 5th day of October, 2021.

ARMSTRONG TEASDALE LLP

/s / Jeffrey S. Barr
JEFFREY F. BARR
Nevada Bar No. 7269
3770 Howard Hughes Parkway
Suite 200
Las Vegas, Nevada 89169
*Attorneys for Defendant Corrections Officer Isaiah Smith*

DATED this 5th day of October, 2021.

MARQUIS AURBACH & COFFING

/s / Craig R. Anderson
CRAIG R. ANDERSON
Nevada Bar No. 06822
JAMES A. BECKSTROM
Nevada Bar No. 14032
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendant Corrections Officer Castro*

## ORDER

IT IS SO ORDERED.

Dated this 6th day of October, 2021.

_____
U.S. DISTRICT COURT JUDGE

4837-9960-0126.1                                3