ROBERT W. FREEMAN
Nevada Bar No. 3062
robert.freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
matt.freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
    Attorneys for Defendant
    Corrections Officer Trainee
    Raynaldo-John Ramos

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| VICTOR PEREZ, as Special Administrator of the Estate of CARLOS PEREZ, deceased; VICTOR PEREZ, as the Guardian Ad Litem for S.E.P, a minor; VICTOR PEREZ, as the Guardian Ad Litem for A.I.P., a minor;<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, ex. rel. NEVADA DEPARTMENT OF CORRECTIONS; DIRECTOR GREG COX, individually; WARDEN DWIGHT NEVEN, individually; ASSISTANT WARDER TIMOTHY FILSON, individually; COT RAMOS, individually; LIEUTENANT OLIVER, individually; CORRECTIONS OFFICER CASTRO, individually; CORRECTIONS OFFICER SMITH, individually; and DOES I-X, inclusive; and ROES I-X, inclusive;<br><br>Defendants. | CASE NO. 2:15-cv-1572-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR THE DEFENDANTS TO FILE THEIR REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT (Dkts. 146, 147, 153 and 159)**<br><br>**FIRST REQUEST** |

Pursuant to IA 6-1 and LR 26-3, Plaintiff, Victor Perez, as Special Administrator of the Estate of Carlos Perez, deceased; Victor Perez, as Guardian Ad Litem for S.E.P., a minor; Victor Perez, as Guardian Ad Litem for A.I.P., a minor, Defendants State of Nevada ex. rel. Nevada Department of Corrections, Director Greg Cox, Warden Dwight Neven, Assistant Warden Timothy Filson, COT Ramos, Lieutenant Oliver, Corrections Officer Castro, and Corrections

4837-9960-0126.2

1  Officer Smith, by and through their respective counsel of record, hereby stipulate to extend the
2  deadline to file their Replies in Support of Motions for Summary Judgment in the above-captioned
3  case by fourteen (14) days, up to and including February 18, 2022.

4  **The motions governed by this Stipulation and Proposed Order are as follows:**

5  Defendant Corrections Officer Castro's Motion for Summary Judgment [Dkt 146],

6  Defendant Raynaldo-John Ramos' Motion for Summary Judgment [Dkt 147],

7  State of Nevada Ex Rel. Nevada Department of Corrections, James "Greg" Cox, Timothy
8  Filson, Dwight Neven and Ronald Olivers' Motion for Summary Judgment [Dkt 153]

9  Defendant Isaiah Smith's Motion for Summary Judgment [Dkt 159]

10 Counsel for the plaintiffs have no objection to extending the deadlines for defendants to
11 file replies.

12 Over the past weeks counsel for Defendant Ramos has been occupied in preparing for trials
13 in:  *Latham v. City of Henderson* – A-19-790017-C,   *Barrese v. LVMPD, et al.* – 2:18-cv-
14 1671-KJD-EJY,   *Crystal Choi v. SFMAIC, et al.* -A-20-819428-C,   *James Jackson v.*
15 *USAA* – A-19-800593-C,   Counsel has also been preparing a Motion for Summary Judgment in
16 *Gregory v. City of North Las Vegas, et al.* – 2:20-cv-1439-APG.

17 This request for extension is made in good faith and not for the purposes of delay.

18 …
19 …
20 …
21 …
22 …
23 …
24 …
25 …
26 …
27 …
28 …

WHEREFORE, the parties respectfully request that this Court extend the time for the parties to file their Replies in Support of Motions for Summary Judgment by fourteen (14) days from the current deadline of February 4, 2022 up to and including February 18, 2022.

| | |
|---|---|
| DATED this 31st day of January, 2022. | DATED this 31st day of January, 2022. |
| LEWIS BRISBOIS BISGAARD & SMITH | CLARK HILL PLLC |
| /s/ Robert W. Freeman<br>ROBERT W. FREEMAN<br>Nevada Bar No. 3062<br>E. MATTHEW FREEMAN<br>Nevada Bar No. 14198<br>6385 S. Rainbow Blvd, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for the Defendant Corrections Officer Trainee Raynaldo-John Ramos* | /s / Paola M. Armeni<br>PAOLA M. ARMENI<br>Nevada Bar No. 8357<br>GIA N. MARINA<br>Nevada Bar No. 15276<br>3800 Howard Hughes Parkway<br>Suite 500<br>Las Vegas, Nevada 89169<br>*Attorneys for Plaintiff* |
| DATED this 31st day of January, 2022. | DATED this 31st day of January, 2022. |
| AARON D. FORD | ARMSTRONG TEASDALE LLP |
| /s / Akke Levin<br>STEVEN G. SHEVORSKI<br>Nevada Bar No. 8256<br>AKKE LEVIN<br>Nevada Bar No. 9102<br>KIEL B. IRELAND<br>Nevada Bar No. 15368C<br>100 N. Carson Street<br>Carson City, Nevada 89701<br>*Attorneys for Defendants State of Nevada, ex. rel. Nevada Department of Corrections, Director James Greg Cox, Warden, Dwight Neven, Assistant Warden Timothy Filson, and Lieutenant Ronald Oliver* | /s / Alina M. Shell<br>JEFFREY F. BARR<br>Nevada Bar No. 7269<br>ALINA M. SHELL<br>Nevada Bar No. 11711<br>3770 Howard Hughes Parkway<br>Suite 200<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendant Corrections Officer Isaiah Smith* |

DATED this 31st day of January, 2022.

MARQUIS AURBACH & COFFING

*/s / Craig R. Anderson*
CRAIG R. ANDERSON
Nevada Bar No. 06822
JACQUELINE V. NICHOLS
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendant
Corrections Officer Castro*

## ORDER

IT IS SO ORDERED.

Dated this  1st  day of   February  , 2022.

_____
U.S. DISTRICT COURT JUDGE

4837-9960-0126.2            4