**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
   Attorneys for Defendant Corrections Officer Castro

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTOR PEREZ, as Special Administrator of the Estate of CARLOS PEREZ, deceased; VICTOR PEREZ, as the Guardian Ad Litem for SOPHIA ELISE PEREZ, a minor; VICTOR PEREZ, as the Guardian Ad Litem for ALEXANDER IZRYAL PEREZ, a minor and MYRA PEREZ, individually,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>STATE OF NEVADA; DIRECTOR GREG COX, individually; WARDEN DWIGHT NEVEN, individually; ASSISTANT WARDEN TIMOTHY FILSON, individually; COT. RAMOS, individually; LIEUTENANT OLIVER, individually; CORRECTIONS OFFICER CASTRO, individually; CORRECTIONS OFFICER SMITH, individually; DOES I-X, inclusive, and ROES I-X, inclusive,<br><br>                    Defendants. | Case Number:<br>2:15-cv-01572-APG-DJA |

### DEFENDANT CORRECTIONS OFFICER CASTRO'S MOTION TO REMOVE ATTORNEY FROM SERVICE LIST

Defendant Corrections Officer Castro, by and through his attorneys of record, the law firm of Marquis Aurbach, hereby requests that James A. Beckstrom, Esq. be removed from the list of counsel to be noticed because Mr. Beckstrom is no longer an attorney with the law firm of Marquis Aurbach.

. . .

MAC:14322-002 4609246_1 2/1/2022 8:38 AM

Additionally, the above counsel also requests that James A. Beckstrom, Esq. be removed as counsel of record and the email addresses of jbeckstrom@maclaw.com and kpiet@maclaw.com be removed from the CM/ECF service list.

Dated this 1st day of February, 2022.

MARQUIS AURBACH

By: /s/ Jackie V. Nichols
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendant Corrections
Officer Castro

**IT IS SO ORDERED**.

DATED: February 2, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRAE JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **DEFENDANT CORRECTIONS OFFICER CASTRO'S MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 1st day of February, 2022.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ Krista Busch
An employee of Marquis Aurbach