CLARK HILL PLLC
PAOLA M. ARMENI
Nevada Bar No. 8357
Email: parmeni@clarkhill.com
3800 Howard Hughes Pkwy., #500
GIA N. MARINA
Nevada Bar No. 15276
Email: gmarina@clarkhill.com
Las Vegas, Nevada 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
*Attorneys for Plaintiffs, Perez Family*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTOR PEREZ, as Special Administrator of the Estate of CARLOS PEREZ, deceased; VICTOR PEREZ, as the Guardia Ad Litem for S.E.P., a minor; VICTOR PEREZ, as the Guardia Ad Litem for A.I.P., a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF NEVADA, ex.rel. NEVADA DEPARTMENT OF CORRECTIONS; DIRECTOR GREG COX, individually; WARDEN DWIGHT NEVEN, individually; ASSISTANT WARDEN TIMOTHY FILSON, individually; COT. RAMOS, individually; LIEUTENANT OLIVER, individually; CORRECTIONS OFFICER CASTRO, individually; CORRECTIONS OFFICER SMITH, individually; and DOES I-X, inclusive; and ROES I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:15-cv-01572-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' TO FILE A RESPONSE TO DEFENDANT ISAIAH SMITH'S OBJECTION TO PLAINTIFFS' EVIDENCE IN SUPPORT OF RESPONSE TO MOTION FOR SUMMARY JUDGEMENT [DKT 194]** |

Victor Perez, as Special Administrator of the Estate of Carlos Perez, deceased, by and through his counsel, Paola M. Armeni, Esq. and Gia N. Marina, Esq., of the law firm of Clark Hill and Defendant Isaiah Smith, by and through his counsel of record Jeffrey F. Barr, Esq. of the law firm of Armstrong Teasdale, hereby respectfully submit this Stipulation and Order Extending Time for Plaintiff to Respond to Defendant Isaiah Smith's Objections to Plaintiffs' Evidence in Support of Response to Motion for Summary Judgement [Dkt 194] filed on February 18, 2022, which the response is currently due on March 4, 2022, to be extended an additional fourteen (14) days up to and including March 18, 2022.

Although Plaintiffs' counsel has been actively working on responding to Defendant's Objection, counsel requires a brief extension to complete the Response. This request for extension is made in good faith and not for the purposes of delay.

WHEREFORE, the parties stipulate that the time for Plaintiffs to file their Response to Defendant Isaiah Smith's Objections to Plaintiffs' Evidence in Support of Response to Motion for Summary Judgement [Dkt 194], be extended an additional fourteen (14) days up to and including March 18, 2022.

APPROVED AS TO FORM AND CONTENT.

Respectfully submitted this 3rd day of March 2022.

| CLARK HILL, PLLC | ARMSTRONG TEASDALE |
|---|---|
| */s/ Paola M. Armeni, Esq.* | */s/ Jeffrey F. Barr, Esq.* |
| _____ | _____ |
| PAOLA M. ARMENI | Jeffrey F. Barr, Esq. |
| Nevada Bar No. 8357 | Nevada Bar No. 007269 |
| 3800 Howard Hughes Pkwy., #500 | 3770 Howard Hughes Parkway, Suite 200 |
| Las Vegas, Nevada 89169 | Las Vegas, NV 89169 |
| *Attorneys for Plaintiffs, Perez Family* | *Attorneys for Defendant Isaiah Smith* |

**ORDER**

**IT IS SO ORDERED:**

DATED:__March 4, 2022_____

_____
UNITED STATES DISTRICT COURT JUDGE

CLARKHILL\J2020\392971\266144741.v1-3/2/22