# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR PEREZ, as Special Administrator of the Estate of Carlos Perez, deceased, and as the Guardian Ad Litem for S.E.P. and A.I.P., | Case No.: 2:15-cv-01572-APG-DJA |
| Plaintiff | **Order** |
| v. | |
| JAMES GREG COX, et al., | |
| Defendants | |

Based on the parties' joint statement (ECF No. 207),

I ORDER the clerk of court to seal the following filings:

- ECF No. 146-2
- ECF No. 153
- ECF No. 154
- ECF No. 157
- ECF No. 158
- ECF No. 161
- ECF No. 175-19
- ECF No. 175-26
- ECF No. 175-27
- ECF No. 175-28
- ECF No. 176-18
- ECF No. 176-22
- ECF No. 176-23

- ECF No. 176-24
- ECF No. 178-3
- ECF No. 178-10
- ECF No. 181
- ECF No. 182
- ECF No. 183
- ECF No. 183-3 and
- ECF No. 193

I FURTHER ORDER that by August 19, 2022, the party responsible for filing each of the above documents must file a redacted, publicly available version.

DATED this 8th day of August, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE