VICTOR PEREZ, et al

V.

STATE OF NEVADA, et al

2:15-cv-1572-APG-DJA

DEFENDANT CORRECTION OFFICER TRAINEE RAYNALDO-JOHN RAMOS' MOTION FOR SUMMARY JUDGMENT

Exhibit "D"

Investigation Detail Report

Pages NDOC C 001516 - N DOC C 001520

# FILED UNDER SEAL