JEFFREY F. BARR, ESQ
Nevada Bar No. 7269
ALINA M. SHELL, ESQ.
Nevada Bar No. 11711
ARMSTRONG TEASDALE LLP
1980 Festival Plaza Drive, Suite 750
Las Vegas, Nevada 89135
Telephone: 702.678.5070
Facsimile: 702.878.9995
jbarr@atllp.com
ashell@atllp.com

*Attorneys for Defendant Corrections Officer Isaiah Smith*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR PEREZ, as Special Administrator of the Estate of CARLOS PEREZ, deceased; VICTOR PEREZ, as the Guardian Ad Litem for SOPHIA ELISE PEREZ, a minor; VICTOR PEREZ, as the Guardian Ad Litem for ALEXANDER ISRYAL PEREZ, a minor; and MYRA PEREZ, individually,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA; DIRECTOR GREG COX, individually; WARDEN DWIGHT NEVEN, individually; ASSISTANT WARDEN TIMOTHY FILSON, individually; COT. RAMOS, individually; LIEUTENANT OLIVER, individually; CORRECTIONS OFFICER CASTRO, individually; CORRECTIONS OFFICER SMITH, individually; and DOES 1-X, inclusive; and ROES 1-X, inclusive,<br><br>Defendants. | Case No.: 2:15-CV-01572-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR SUBMISSION OF JOINT PRETRIAL ORDER**<br>**(Third Request)** |

Pursuant to LR IA 6-1, 6-2 and LR 26-4, Defendant Isaiah Smith, by and through his counsel of record Jeffrey F. Barr, Esq. and Alina M. Shell of the law firm of Armstrong Teasdale LLP; Plaintiff Victor Perez, as Special Administrator of the Estate of Carlos Perez, deceased, by and through his counsel, Paola M. Armeni, Esq., of the law firm of Clark Hill; Defendants, State of

1

1  Nevada ex rel Nevada Department of Corrections, James Greg Cox, Timothy Filson, Dwight W.
2  Neven and Ronald Oliver, by and through their counsel, Kiel Ireland, Esq., of the Attorney General's
3  Office; Defendant Raynaldo Ramos, by and through his counsel, Robert W. Freeman, Jr. Esq., of the
4  law firm of Lewis Brisbois Bisgaard & Smith, LLP; and Defendant Jeff Castro, by and through his
5  counsel, Craig R. Anderson, Esq., of the law firm of Marquis Aurbach Chtd., hereby respectfully
6  submit this Stipulation and Order Extending the Deadline for Submission of Joint Pretrial Order
7  currently due on November 10, 2022 an additional thirty (30) days, up to and including December 12,
8  2022.
9        This Court previously denied a joint unopposed motion to extend the deadline for submission
10 of the Joint Pretrial Order on September 19, 2022, and then granted a modified version of the same
11 request [ECF No. 221, 223.] Hence, this is the third request for an extension.
12       This stipulated request for an extension is made in good faith and not for the purposes of
13 delay. Counsel for Defendant Jeff Castro is currently out of the jurisdiction through November 11,
14 2022 and will be traveling on the week of November 14, 2022 for an oral argument before the United
15 States Court of Appeals for the Ninth Circuit. Counsel for Defendants State of Nevada ex rel Nevada
16 Department of Corrections, James Greg Cox, Timothy Filson, Dwight W. Neven and Ronald Oliver
17 also require additional time due to recent changes in representation, as former counsel Steven
18 Shevorski, Esq. and Akke Levin, Esq. are no longer with the Attorney General's office. Further,
19 current senior counsel for Defendants State of Nevada ex rel Nevada Department of Corrections,
20 James Greg Cox, Timothy Filson, Dwight W. Neven and Ronald Oliver is currently the Attorney
21 General's point person for election litigation and is therefore unable to review and provide additions
22 to the joint pretrial order before the current November 10, 2022 deadline.
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

WHEREFORE the parties stipulate that the time for parties to submit the joint pretrial order be extended an additional thirty (3) days, up to and including December 12, 2022.

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 14, 2022.

**ARMSTRONG TEASDALE LLP**

*/s/ Alina M. Shell*
Jeffrey F. Barr, Nev. Bar No. 7269
Alina M. Shell, Nev. Bar No. 11711
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
*Attorneys for Isaiah Smith*

**CLARK HILL PLLC**

*/s/Paola M. Armeni*
Paola M. Armeni, Nev. Bar No. 8357
3800 Howard Hughes Pkwy., #500
Las Vegas, Nevada 89169
*Attorneys for Plaintiffs*

**LEWIS BRISBOIS BISGAARD & SMITH**

*/s/ Robert W. Freeman*
Robert W. Freeman, Jr., Nev. Bar No. 3062
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, NV 89118
*Attorneys for Defendant Ramos*

**AARON FORD, Attorney General**

*/s/ Kiel Ireland*
Kiel Ireland, Nev. Bar No. 15368
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
*Attorneys for Defendants State of Nevada, Dwight Neven, James Greg Cox, Ronald Oliver and Timothy Filson*

**MARQUIS & AURBACH**

*/s/ Craig R. Anderson*
Craig R. Anderson, Nev. Bar No. 6882
10001 Park Run Drive
Las Vegas, NV 89145
*Attorneys for Defendant Castro*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 10th day of November 2022, **I SERVED A TRUE AND CORRECT COPY OF THE FORGOING STIPULATION AND ORDER TO EXTEND DEADLINE FOR SUBMISSION OF JOINT PRETRIAL ORDER (Third Request)** was submitted with the clerk of the court through case management/electronic filing system.

| | |
|---|---|
| Paola M. Armeni, Esq.<br>Gia N. Marina, Esq.<br>CLARK HILL PLLC<br>3800 Howard Hughes Parkway<br>Suite 500<br>Las Vegas, Nevada 89169<br>*Attorneys for Plaintiff* | Aaron D. Ford, Esq.<br>Kiel B. Ireland, Esq.<br>Craig A. Newby, Esq.<br>NEVADA ATTORNEY GENERALS OFFICE<br>100 N. Carson Street<br>Carson City, Nevada 89701<br>*Attorneys for Defendants State of Nevada, Dwight Neven, James Greg Cox, Ronald Oliver and Timothy Filson* |
| Robert W. Freeman, Jr., Esq.<br>E. Matthew Freeman, Esq.<br>LEWIS BRISBOIS BISGAARD & SMITH<br>6385 S. Rainbow Blvd.,<br>Suite 600<br>Las Vegas, NV 89118<br>*Attorneys for Defendant Ramos* | Craig R. Anderson, Esq.<br>Jackie V. Nichols, Esq.<br>MARQUIS & AURBACH & COFFING<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br>*Attorneys for Defendant Castro* |

   */s/ Allie Villarreal*_____
   Employee of Armstrong Teasdale LLP