CLARK HILL PLLC
PAOLA M. ARMENI
Nevada Bar No. 8357
Email: parmeni@clarkhill.com
GIA N. MARINA
Nevada Bar No. 15276
Email: gmarina@clarkhill.com
3800 Howard Hughes Pkwy., #500
Las Vegas, Nevada 89169
Tel: (702) 862-8300
Fax: (702) 778-9709
*Attorneys for Plaintiffs, Perez Family*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTOR PEREZ, as Special Administrator of the Estate of CARLOS PEREZ, deceased; VICTOR PEREZ, as the Guardia Ad Litem for S.E.P., a minor; VICTOR PEREZ, as the Guardia Ad Litem for A.I.P., a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF NEVADA, ex.rel. NEVADA DEPARTMENT OF CORRECTIONS; DIRECTOR GREG COX, individually; WARDEN DWIGHT NEVEN, individually; ASSISTANT WARDEN TIMOTHY FILSON, individually; COT. RAMOS, individually; LIEUTENANT OLIVER, individually; CORRECTIONS OFFICER CASTRO, individually; CORRECTIONS OFFICER SMITH, individually; and DOES I-X, inclusive; and ROES I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:15-cv-01572-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE A REPLY TO NDOC DEFENDANTS' RESPONSE TO PEREZ FAMILY'S MOTION TO RECONSIDER ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' FOURTEENTH AMENDMENT LOSS OF FAMILIAL ASSOCIATION CLAIM** |

Victor Perez, as Special Administrator of the Estate of Carlos Perez, deceased, by and through his counsel, Paola M. Armeni, Esq., and Gia N. Marina, Esq., the law firm of Clark Hill, Defendant Raynaldo Ramos, by and through his counsel, Robert W. Freeman, Jr. Esq., the law firm of Lewis Brisbois Bisgaard & Smith, LLP, Defendants, State of Nevada ex rel Nevada Department of Corrections, James Greg Cox, Timothy Filson, Dwight W. Neven and Ronald Oliver, by and through their counsel, Craig Newby, Esq. and Kiel Ireland, Esq., the Attorney General's Office, Defendant Isaiah Smith, by and through his counsel of record, Jeffrey F. Barr, Esq., and Alina Shell, Esq. of the law firm of Armstrong Teasdale, and Defendant Jeff Castro, by

1  and through his counsel, Craig R. Anderson, Esq., of the law firm of Marquis Aurbach, hereby
2  respectfully submit this Stipulation and Order Extending Time for Plaintiff to reply to NDOC
3  Defendants' Response to Perez Family's Motion to Reconsider Order Granting Defendants'
4  Motion for Summary Judgment on Plaintiffs' Fourteenth Amendment Loss of Familial
5  Association Claim [Dkt 232] filed on December 12, 2022, which the response is currently due on
6  December 19, 2022, to be extended an additional eight (8) days up to and including December 27,
7  2022.

8    Although Plaintiffs' counsel has begun working on replying to Defendant's Response,
9  counsel requires a brief extension to complete the Reply.   This request for extension is made in
10 good faith and not for the purposes of delay.

11   WHEREFORE, the parties stipulate that the time for Plaintiffs to file their reply to NDOC
12 Defendants' Response to Perez Family's Motion to Reconsider Order Granting Defendants'
13 //
14
15
16
17 //
18
19
20
21 //
22
23
24
25 //
26
27
28
   //

Motion for Summary Judgment on Plaintiffs' Fourteenth Amendment Loss of Familial Association Claim [Dkt 232], be extended an additional eight (8) days up to and including December 27, 2022.

APPROVED AS TO FORM AND CONTENT.

Respectfully submitted this 15th day of December 2022.

| | |
|---|---|
| **CLARK HILL, PLLC**<br>*/s/ Paola M. Armeni, Esq.*<br>Paola M. Armeni, Esq.<br>Nevada Bar No. 8357<br>Gia N. Marina, Esq.<br>Nevada Bar No. 15276<br>3800 Howard Hughes Pkwy., #500<br>Las Vegas, Nevada 89169<br>*Attorneys for Plaintiffs, Perez Family* | **LEWIS BRISBOIS BISGAARD & SMITH LLP**<br>*/s/ Robert W. Freeman, Jr., Esq.*<br>Robert W Freeman, Jr., Esq.<br>Nevada Bar No. 3062<br>6385 S. Rainbow Blvd., Ste. 600<br>Las Vegas, NV 89118<br>*Attorneys for Defendant Ramos* |
| **MARQUIS AURBACH**<br>*/s/ Craig R. Anderson, Esq.*<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br>*Attorneys for Defendant Castro* | **OFFICE OF THE ATTORNEY GENERAL**<br>*/s/ Craig Newby, Esq.*<br>Craig Newby, Esq.<br>Nevada Bar No. 8591<br>Kiel B. Ireland, Esq.<br>Nevada Bar No. 15368<br>100 N Carson St<br>Carson City, NV 89701<br>*Attorneys for Defendants, State of Nevada, Dwight W. Neven, James Greg Cox Ronald Oliver, Timothy Filson* |
| **ARMSTRONG TEASDALE**<br>*/s/ Alina Shell, Esq.*<br>Jeffrey F. Barr, Esq.<br>Nevada Bar No. 7269<br>Alina Shell, Esq.<br>Nevada Bar No.11711<br>3770 Howard Hughes Parkway, Suite 200<br>Las Vegas, NV 89169<br>*Attorneys for Defendant Isaiah Smith* | |

**IT IS SO ORDERED:**

**ORDER**

_____
UNITED STATES DISTRICT JUDGE

DATED: December 16, 2022

CLARKHILL\J2020\392971\269475826.v1-12/15/22