ROBERT W. FREEMAN
Nevada Bar No. 3062
robert.freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
matt.freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789

    Attorneys for Defendant
    Corrections Officer Trainee
    Raynaldo-John Ramos

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***   **ORDER GRANTING**

| | |
|---|---|
| VICTOR PEREZ, as Special Administrator of the Estate of CARLOS PEREZ, deceased; VICTOR PEREZ, as the Guardian Ad Litem for S.E.P, a minor; VICTOR PEREZ, as the Guardian Ad Litem for A.I.P., a minor; and MYRA PEREZ, individually, <br><br> Plaintiff, <br><br> vs. <br><br> STATE OF NEVADA, DIRECTOR GREG COX, individually; WARDEN DWIGHT NEVEN, individually; ASSISTANT WARDER TIMOTHY FILSON, individually; COT RAMOS, individually; LIEUTENANT OLIVER, individually; CORRECTIONS OFFICER CASTRO, individually; CORRECTIONS OFFICER SMITH, individually; and DOES I-X, inclusive; and ROES I-X, inclusive; <br><br> Defendants. | CASE NO. 2:15-cv-1572-APG-DJA <br><br> **DEFENDANT CORRECTIONS OFFICER TRAINEE RAYNALDO-JOHN RAMOS'S REQUEST FOR EXEMPTION OF ATTENDANCE REQUIREMENT AT THE SETTLEMENT CONFERENCE SCHEDULED FOR FEBRUARY 24, 2023** |

COMES NOW, Defendant Corrections Officer Trainee RAYNALDO-JOHN RAMOS (hereinafter "Defendant") by and through his counsel, Robert W. Freeman, Esq., and E. Matthew Freeman, Esq., of LEWIS BRISBOIS BISGAARD & SMITH, LLP, and hereby file this Request for Exception of Attendance Requirement at the Settlement Conference scheduled for February 24, 2023.

4874-0019-0799.1

This matter was referred for a settlement conference before Judge Daniel J. Albregts. The order requires attendance of the above-referenced defendant, however, he respectfully requests an attendance exception. The exception is based on the following non-exhaustive list of factors:

- Defendant Corrections Officer Trainee Raynaldo-John Ramos currently resides outside the State of Nevada;
- Defendant Corrections Officer Trainee Raynaldo-John Ramos will make himself available via telephone to undersigned counsel for the duration of the Settlement Conference.

Based upon the above, Defendant Ramos respectfully requests that he be excused from the settlement conference.

DATED this 10th day of February, 2023.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Robert W. Freeman
Robert W. Freeman
Nevada Bar No. 3062
E. Matthew Freeman
Nevada Bar No. 14198
6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89118
Attorney for Defendant
Corrections Trainee Officer
Raynaldo-John Ramos

## ORDER

Good cause appearing, IT IT THEREFORE ORDERED that Defendant's motion for exemption of attendance requirement (ECF No. 249) is **GRANTED**.

DATED this 13th day of February, 2023.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE



4874-0019-0799.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 10<u>th</u> day of February, 2022, I electronically filed the **DEFENDANT CORRECTIONS OFFICER TRAINEE RAYNALDO-JOHN RAMOS'S REQUEST FOR EXEMPTION OF ATTENDANCE REQUIREMENT AT THE SETTLEMENT CONFERENCE SCHEDULED FOR FEBRUARY 24, 2023** with the Clerk of the Court through Case Management/Electronic Filing System.

Paola M. Aremeni, Esq.
Gia N. Marina, Esq.
CLARK HILL PLLC
3800 Howard Hughes Parkway
Suite 500
Las Vegas, Nevada 89169
Attorneys of Plaintiff

Aaron D. Ford, Esq.
Steven G. Shevorski, Esq.
Craig Newby, Esq.
Kiel B. Ireland, Esq.
NEVADA ATTORNEY GENERALS OFFICE
100 N. Carson Street
Carson City, Nevada 89701
Attorneys for Defendants
the State of Nevada
Director James Greg Cox, Warden, Dwight Neven,
Assistant Warden Timothy Filson, Lieutenant Ronald Oliver

Jeffrey F. Barr, Esq.
Alina M. Shell, Esq.
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway
Suite 200
Las Vegas, Nevada 89169
Attorneys for Defendant
Corrections Officer Isaiah Smith

Craig R. Anderson, Esq.
Jackie V. Nichols, Esq.
MARQUIS AURBACH & COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendant
Corrections Officer Castro

/s/ *Kristen Freeman*
Employee of LEWIS BRISBOIS
BISGAARD & SMITH LLP

4874-0019-0799.1                                                3