AARON D. FORD
  Attorney General
Craig Newby (Bar. No. 8591)
  Chief Litigation Counsel
Kiel B. Ireland (Bar No. 15368)
  Deputy Solicitor General
Office of the Attorney General
100 N. Carson St.
Carson City, NV 89701
(775) 684-1234 (phone)
(775) 684-1108 (fax)
cnewby@ag.nv.gov
kireland@ag.nv.gov

*Attorneys for Defendants State of Nevada,
James "Greg" Cox, Timothy Filson,
Dwight Neven, and Ronald Oliver*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTOR PEREZ, as Special Administrator of the Estate of CARLOS PEREZ, deceased; VICTOR PEREZ, as Guardian Ad Litem for S.E.P., a minor; VICTOR PEREZ, as Guardian Ad Litem for A.I.P., a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF NEVADA, ex.rel. NEVADA DEPARTMENT OF CORRECTIONS; DIRECTOR GREG COX, individually; WARDEN DWIGHT NEVEN, individually; ASSISTANT WARDEN TIMOTHY FILSON, individually; COT. RAMOS, individually; LIEUTENANT OLIVER, individually; CORRECTIONS OFFICER CASTRO, individually; CORRECTIONS OFFICER SMITH, individually; and DOES I-X, inclusive; and ROES I-X, inclusive,<br><br>Defendants. | CASE NO. 2:15-cv-01572-APG-DJA<br><br><br><br><br><br>**DEFENDANTS COX AND FILSON'S REQUEST TO REMOTELY ATTEND SETTLEMENT CONFERENCE** |

Defendants Greg Cox and Timothy Filson (collectively, the "Out-of-State Defendants"), by and through counsel, pursuant to this Court's order, ECF No. 245, at 2, request to remotely attend the February 24, 2023 settlement conference.

The Out-of-State Defendants are retired and no longer reside in Nevada. They would have to travel a substantial distance to attend the conference in person. Nevada law obligates the State to indemnify both of them, so neither will be personally responsible for paying any settlement amount. *See* NRS 41.0349. State officials with authority to settle and pay Plaintiffs' claims will attend the settlement conference in person.

The Out-of-State Defendants will ensure their availability for the duration of the settlement conference and can attend remotely via Zoom or a similar platform. If the Court cannot facilitate remote attendance, counsel can do so. Counsel will ensure that the Out-of-State Defendants can participate in all caucuses and Court sessions, and that they can authorize any settlement reached.

DATED this 7th day of February, 2023.

AARON D. FORD
Attorney General

By: */s/ Kiel B. Ireland*
    Craig Newby (Bar No. 8591)
    Chief Litigation Counsel
    Kiel B. Ireland (Bar No. 15368)
    Deputy Solicitor General
    *Attorneys for Defendants, State of Nevada,*
    *James "Greg" Cox, Timothy Filson,*
    *Dwight Neven, and Ronald Oliver*

**ORDER**

For good cause appearing therein, Defendant's Cox and Filson's motion [248] is GRANTED Defendant Cox and Filson may appear remotely through video. The court will provide an email with a link to appear via Zoom video during the court's initial introduction. However, once individual caucuses begin, defendant's counsel will be required to establish a remote connection through a personal laptop or cellular telephone. Counsel for the defendant shall include the email addresses of the representative and insurance adjuster in their settlement conference statement.

DATED: February 13, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE