CLARK HILL PLLC
PAOLA M. ARMENI
Nevada Bar No. 8357
Email: parmeni@clarkhill.com
GIA N. MARINA
Nevada Bar No. 15276
Email: gmarina@clarkhill.com
1700 S. Pavilion Center Dr., Ste. 500
Las Vegas, Nevada 89135
Tel: (702) 862-8300
Fax: (702) 778-9709
*Attorneys for Plaintiffs, Perez Family*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR PEREZ, as Special Administrator of the Estate of CARLOS PEREZ, deceased; VICTOR PEREZ, as the Guardia Ad Litem for S.E.P., a minor; VICTOR PEREZ, as the Guardia Ad Litem for A.I.P., a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF NEVADA, ex.rel. NEVADA DEPARTMENT OF CORRECTIONS; DIRECTOR GREG COX, individually; WARDEN DWIGHT NEVEN, individually; ASSISTANT WARDEN TIMOTHY FILSON, individually; COT. RAMOS, individually; LIEUTENANT OLIVER, individually; CORRECTIONS OFFICER CASTRO, individually; CORRECTIONS OFFICER SMITH, individually; and DOES I-X, inclusive; and ROES I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:15-cv-01572-APG-DJA<br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE**<br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Victor Perez, as Special Administrator of the Estate of Carlos Perez, deceased, by and through his counsel, Paola M. Armeni, Esq., and Gia N. Marina, Esq., of the law firm of Clark Hill, Defendant Raynaldo Ramos, by and through his counsel, Robert W. Freeman, Jr. Esq., of the law firm of Lewis Brisbois Bisgaard & Smith, LLP, Defendants, State of Nevada ex rel Nevada Department of Corrections, James Greg Cox, Timothy Filson, Dwight W. Neven and Ronald Oliver, by and through their counsel, Kiel Ireland, Esq. and Craig Newby, Esq., of the Attorney General's Office, Defendant Isaiah Smith, by and through his counsel of record Jeffrey F. Barr, Esq. and Alina Shell, Esq. of the law firm of Armstrong Teasdale, and Defendant Jeff

CLARKHILL\J2020\392971\270468085.v1-2/17/23

Castro, by and through his counsel, Craig Anderson, Esq., of the law firm of Marquis Aurbach, and hereby respectfully submit this Stipulation to continue the Settlement Conference currently set for March 14, 2023 at 10:00 a.m. to be continued to April 24, 2023 at 10:00 a.m.

Finally, the parties stipulate to move the Confidential Written Evaluation Statement deadline currently scheduled for March 7, 2023 by 4:00 p.m., to April 17, 2023 by 4:00 p.m.

APPROVED AS TO FORM AND CONTENT.

Respectfully submitted this 17th day of February 2023.

**CLARK HILL, PLLC**
*/s/ Paola M. Armeni, Esq.*
PAOLA M. ARMENI
Nevada Bar No. 8357
GIA N. MARINA
Nevada Bar No. 15276
1700 S. Pavilion Center Dr. Ste., #500
Las Vegas, Nevada 89135
*Attorneys for Plaintiffs, Perez Family*

**MARQUIS AURBACH COFFING**
*/s/ Craig R. Anderson, Esq.*
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, NV 89145
*Attorneys for Defendant Jeffrey Castro*

**ARMSTRONG TEASDALE**
*/s/ Jeffrey F. Barr, Esq.*
Jeffrey F. Barr, Esq.
Nevada Bar No. 7269
Alina Shell, Esq.
Nevada Bar No. 11711
3770 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
*Attorneys for Defendant Isaiah Smith*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
*/s/ Robert W. Freeman, Jr., Esq.*
Robert W Freeman, Jr., Esq.
Nevada Bar No. 3062
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, NV 89118
*Attorneys for Defendant Raynaldo Ramos*

**OFFICE OF THE ATTORNEY GENERAL**
*/s/ Craig Newby, Esq.*
Craig Newby, Esq.
Nevada Bar No. 8591
Kiel Ireland, Esq.
Nevada Bar No. 15368
100 N Carson St
Carson City, NV 89701
*Attorneys for Defendants, State of Nevada, Dwight W. Neven, James Greg Cox Ronald Oliver, Timothy Filson*

**ORDER**

**IT IS SO ORDERED:**

DATED:__February 21, 2023__

UNITED STATES MAGISTRATE JUDGE

CLARKHILL\J2020\392971\270468085.v1-2/17/23