CLARK HILL PLLC
PAOLA M. ARMENI
Nevada Bar No. 8357
Email: parmeni@clarkhill.com
GIA N. MARINA
Nevada Bar No. 15276
Email: gmarina@clarkhill.com
1700 S. Pavilion Center Dr., Ste. 500
Las Vegas, Nevada 89135
Tel: (702) 862-8300
Fax: (702) 778-9709
*Attorneys for Plaintiffs, Perez Family*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTOR PEREZ, as Special Administrator of the Estate of CARLOS PEREZ, deceased; VICTOR PEREZ, as the Guardia Ad Litem for S.E.P., a minor; VICTOR PEREZ, as the Guardian Ad Litem for A.I.P., a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF NEVADA, ex.rel. NEVADA DEPARTMENT OF CORRECTIONS; DIRECTOR GREG COX, individually; WARDEN DWIGHT NEVEN, individually; ASSISTANT WARDEN TIMOTHY FILSON, individually; COT. RAMOS, individually; LIEUTENANT OLIVER, individually; CORRECTIONS OFFICER CASTRO, individually; CORRECTIONS OFFICER SMITH, individually; and DOES I-X, inclusive; and ROES I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:15-cv-01572-APG-DJA<br><br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE STIPULATED DISMISSAL**<br>**(2nd Request)** |

IT IS HEREBY STIPULATED by and between Victor Perez, as Special Administrator of

the Estate of Carlos Perez, deceased, Victor Perez as Guardian Ad Litem for S.E.P. and A.I.P., by

and through his counsel, Paola M. Armeni, Esq., and Gia N. Marina, Esq., of the law firm of Clark

Hill, Defendant Raynaldo Ramos, by and through his counsel, Robert W. Freeman, Jr. Esq., of the

law firm of Lewis Brisbois Bisgaard & Smith, LLP, Defendants, State of Nevada ex rel Nevada

Department of Corrections, James Greg Cox, Timothy Filson, Dwight W. Neven and Ronald

Oliver, by and through their counsel, Kiel Ireland, Esq. of the Attorney General's Office,

Defendant Isaiah Smith, by and through his counsel of record Jeffrey F. Barr, Esq. and Alina Shell,

Esq. of the law firm of Armstrong Teasdale, and Defendant

1   Jeff Castro, by and through his counsel, Craig Anderson, Esq., of the law firm of Marquis Aurbach,

2   that the deadline to file the Stipulated Dismissal currently September 29, 2023, be continued for

3   an additional sixty (60) days, up to and including November 28, 2023.

4       The parties request the extension of the deadline for several reasons: (1) the probate court

5   is not set to approve the settlement of the estate funds until October 6, 2023; (2) the settlement is

6   not set to be approved by the Board of Examiners until October 10, 2023; and (3) distribution of

7   the settlement proceeds will not take place until several weeks after approval by the Board.  Thus,

8   the additional time is needed to ensure the conditions of the settlement are met.

9

10   ///

11

12   ///

13

14   ///

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ClarkHill\J2020\392971\273441057.v1-9/26/23

1    This request for extension is made in good faith and not for the purposes of delay.

2   APPROVED AS TO FORM AND CONTENT.

3   Respectfully submitted this 26th day of September 2023.

4   **CLARK HILL, PLLC**                          **LEWIS BRISBOIS BISGAARD &**
    */s/ Paola M. Armeni, Esq.*                   **SMITH  LLP**
5   PAOLA M. ARMENI                               */s/ Robert W. Freeman, Jr., Esq.*
    Nevada Bar No. 8357                           Robert W Freeman, Jr., Esq.
6   GIA N. MARINA                                 Nevada Bar No. 3062
    Nevada Bar No. 15276                          6385 S. Rainbow Blvd., Ste. 600
7   1700 S. Pavilion Center Dr. Ste., #500        Las Vegas, NV 89118
    Las Vegas, Nevada 89135                       *Attorneys for Defendant Raynaldo Ramos*
8   *Attorneys for Plaintiffs, Perez Family*

9   **MARQUIS AURBACH**                           **OFFICE OF THE ATTORNEY**
    */s/ Craig R. Anderson, Esq.*                 **GENERAL**
10  Craig R. Anderson, Esq.                       */s/ Kiel Ireland, Esq.*
    Nevada Bar No. 6882                           Kiel Ireland, Esq.
11  10001 Park Run Drive                          Nevada Bar No. 15368
    Las Vegas, NV 89145                           100 N Carson St
12  *Attorneys for Defendant Jeffrey Castro*      Carson City, NV 89701
                                                  *Attorneys for Defendants, State of Nevada,*
13                                                *Dwight W. Neven, James Greg Cox*
    **ARMSTRONG TEASDALE**                        *Ronald Oliver, Timothy Filson*
14  */s/ Jeffrey F. Barr, Esq.*
15  Jeffrey F. Barr, Esq.
    Nevada Bar No. 7269
16  Alina Shell, Esq.
    Nevada Bar No. 11711
17  3770 Howard Hughes Parkway, Suite 200
    Las Vegas, NV 89169
18  *Attorneys for Defendant Isaiah Smith*

19

20

21

22                       **ORDER**

23  **IT IS SO ORDERED:**

24      DATED:___9/27/2023_____

25

26  _____
27   UNITED STATES MAGISTRATE JUDGE

28

ClarkHill\J2020\392971\273441057.v1-9/26/23