CLARK HILL PLLC
PAOLA M. ARMENI
Nevada Bar No. 8357
Email: parmeni@clarkhill.com
GIA N. MARINA
Nevada Bar No. 15276
Email: gmarina@clarkhill.com
1700 S. Pavilion Center Dr., Ste. 500
Las Vegas, Nevada 89135
Tel: (702) 862-8300
Fax: (702) 778-9709
*Attorneys for Plaintiffs, Perez Family*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR PEREZ, as Special Administrator of the Estate of CARLOS PEREZ, deceased; VICTOR PEREZ, as the Guardia Ad Litem for S.E.P., a minor; VICTOR PEREZ, as the Guardian Ad Litem for A.I.P., a minor, <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF NEVADA, ex.rel. NEVADA DEPARTMENT OF CORRECTIONS; DIRECTOR GREG COX, individually; WARDEN DWIGHT NEVEN, individually; ASSISTANT WARDEN TIMOTHY FILSON, individually; COT. RAMOS, individually; LIEUTENANT OLIVER, individually; CORRECTIONS OFFICER CASTRO, individually; CORRECTIONS OFFICER SMITH, individually; and DOES I-X, inclusive; and ROES I-X, inclusive, <br><br> Defendants. | CASE NO.: 2:15-cv-01572-APG-DJA <br><br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

COMES NOW, Plaintiffs Victor Perez, as Special Administrator of the Estate of Carlos Perez, deceased, Victor Perez as Guardian Ad Litem for S.E.P. and A.I.P., by and through his counsel, Paola M. Armeni, Esq., and Gia N. Marina, Esq., of the law firm of Clark Hill, Defendant Raynaldo Ramos, by and through his counsel, Robert W. Freeman, Jr. Esq., of the law firm of Lewis Brisbois Bisgaard & Smith, LLP, Defendants, State of Nevada ex rel Nevada Department of Corrections, James Greg Cox, Timothy Filson, Dwight W. Neven and Ronald Oliver, by and through their counsel, Kiel Ireland, Esq. of the Attorney General's Office, Defendant Isaiah Smith, by and through his counsel of record Jeffrey F. Barr, Esq. of the law firm of Ashcraft and Barr LLP, and Defendant Jeff Castro, by and through his counsel, Craig Anderson, Esq., of the law firm

of Marquis Aurbach, hereby agree and stipulate to the dismissal of Plaintiffs' claims against Defendants with prejudice. The parties have met the conditions of settlement and each party will bear their own attorney's fees and cost.

APPROVED AS TO FORM AND CONTENT.

Respectfully submitted this 27th day of November 2023.

| | |
|---|---|
| **CLARK HILL, PLLC** | **LEWIS BRISBOIS BISGAARD & SMITH   LLP** |
| */s/ Paola M. Armeni, Esq.* | */s/ Robert W. Freeman, Jr., Esq.* |
| PAOLA M. ARMENI | Robert W Freeman, Jr., Esq. |
| Nevada Bar No. 8357 | Nevada Bar No. 3062 |
| GIA N. MARINA | 6385 S. Rainbow Blvd., Ste. 600 |
| Nevada Bar No. 15276 | Las Vegas, NV 89118 |
| 1700 S. Pavilion Center Dr. Ste., #500 | *Attorneys for Defendant Raynaldo Ramos* |
| Las Vegas, Nevada 89135 | |
| *Attorneys for Plaintiffs, Perez Family* | |
| **MARQUIS AURBACH** | **OFFICE OF THE ATTORNEY GENERAL** |
| */s/ Craig R. Anderson, Esq.* | */s/ Kiel Ireland, Esq.* |
| Craig R. Anderson, Esq. | Kiel Ireland, Esq. |
| Nevada Bar No. 6882 | Nevada Bar No. 15368 |
| 10001 Park Run Drive | 100 N Carson St |
| Las Vegas, NV 89145 | Carson City, NV 89701 |
| *Attorneys for Defendant Jeffrey Castro* | *Attorneys for Defendants, State of Nevada, Dwight W. Neven, James Greg Cox Ronald Oliver, Timothy Filson* |
| **ASHCRAFT AND BARR** | |
| */s/ Jeffrey F. Barr, Esq.* | |
| Jeffrey F. Barr, Esq. | |
| Nevada Bar No. 7269 | |
| 8275 s. Eastern Ave., Suite 200 | |
| Las Vegas, NV 89123 | |
| *Attorneys for Defendant Isaiah Smith* | |

**ORDER**

**IT IS SO ORDERED:**

DATED:_____

_____
UNITED STATES MAGISTRATE JUDGE