1  CLARK HILL PLLC
   PAOLA M. ARMENI
2  Nevada Bar No. 8357
   Email: parmeni@clarkhill.com
3  GIA N. MARINA
   Nevada Bar No. 15276
4  Email: gmarina@clarkhill.com
5  1700 S. Pavilion Center Dr., Ste. 500
   Las Vegas, Nevada 89135
6  Tel: (702) 862-8300
   Fax: (702) 778-9709
7  *Attorneys for Plaintiffs, Perez Family*

8              **UNITED STATES DISTRICT COURT**
               **DISTRICT OF NEVADA**
9

| | |
|---|---|
| VICTOR PEREZ, as Special Administrator of the Estate of CARLOS PEREZ, deceased; VICTOR PEREZ, as the Guardia Ad Litem for S.E.P., a minor; VICTOR PEREZ, as the Guardian Ad Litem for A.I.P., a minor, <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF NEVADA, ex.rel. NEVADA DEPARTMENT OF CORRECTIONS; DIRECTOR GREG COX, individually; WARDEN DWIGHT NEVEN, individually; ASSISTANT WARDEN TIMOTHY FILSON, individually; COT. RAMOS, individually; LIEUTENANT OLIVER, individually; CORRECTIONS OFFICER CASTRO, individually; CORRECTIONS OFFICER SMITH, individually; and DOES I-X, inclusive; and ROES I-X, inclusive, <br><br> Defendants. | CASE NO.: 2:15-cv-01572-APG-DJA <br><br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

COMES NOW, Plaintiffs Victor Perez, as Special Administrator of the Estate of Carlos Perez, deceased, Victor Perez as Guardian Ad Litem for S.E.P. and A.I.P., by and through his counsel, Paola M. Armeni, Esq., and Gia N. Marina, Esq., of the law firm of Clark Hill, Defendant Raynaldo Ramos, by and through his counsel, Robert W. Freeman, Jr. Esq., of the law firm of Lewis Brisbois Bisgaard & Smith, LLP, Defendants, State of Nevada ex rel Nevada Department of Corrections, James Greg Cox, Timothy Filson, Dwight W. Neven and Ronald Oliver, by and through their counsel, Kiel Ireland, Esq. of the Attorney General's Office, Defendant Isaiah Smith, by and through his counsel of record Jeffrey F. Barr, Esq. of the law firm of Ashcraft and Barr LLP, and Defendant Jeff Castro, by and through his counsel, Craig Anderson, Esq., of the law firm

of Marquis Aurbach, hereby agree and stipulate to the dismissal of Plaintiffs' claims against Defendants with prejudice. The parties have met the conditions of settlement and each party will bear their own attorney's fees and cost.

APPROVED AS TO FORM AND CONTENT.

Respectfully submitted this 27th day of November 2023.

| | |
|---|---|
| **CLARK HILL, PLLC**<br>*/s/ Paola M. Armeni, Esq.*<br>PAOLA M. ARMENI<br>Nevada Bar No. 8357<br>GIA N. MARINA<br>Nevada Bar No. 15276<br>1700 S. Pavilion Center Dr. Ste., #500<br>Las Vegas, Nevada 89135<br>*Attorneys for Plaintiffs, Perez Family* | **LEWIS BRISBOIS BISGAARD & SMITH   LLP**<br>*/s/ Robert W. Freeman, Jr., Esq.*<br>Robert W Freeman, Jr., Esq.<br>Nevada Bar No. 3062<br>6385 S. Rainbow Blvd., Ste. 600<br>Las Vegas, NV 89118<br>*Attorneys for Defendant Raynaldo Ramos* |
| **MARQUIS AURBACH**<br>*/s/ Craig R. Anderson, Esq.*<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br>*Attorneys for Defendant Jeffrey Castro* | **OFFICE OF THE ATTORNEY GENERAL**<br>*/s/ Kiel Ireland, Esq.*<br>Kiel Ireland, Esq.<br>Nevada Bar No. 15368<br>100 N Carson St<br>Carson City, NV 89701<br>*Attorneys for Defendants, State of Nevada, Dwight W. Neven, James Greg Cox Ronald Oliver, Timothy Filson* |
| **ASHCRAFT AND BARR**<br>*/s/ Jeffrey F. Barr, Esq.*<br>Jeffrey F. Barr, Esq.<br>Nevada Bar No. 7269<br>8275 s. Eastern Ave., Suite 200<br>Las Vegas, NV 89123<br>*Attorneys for Defendant Isaiah Smith* | |

**ORDER**

**IT IS SO ORDERED:**

   DATED: November 28, 2023

_____
 **ANDREW P. GORDON**
 **UNITED STATES DISTRICT JUDGE**

CLARKHILL\J2020\392971\274545569.v1-11/20/23